# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **WAPP TECH LIMITED**<br>**PARTNERSHIP and**<br>**WAPP TECH CORP.,** | § <br> § <br> § <br> § | |
| **Plaintiffs,** | § <br> § | |
| **v.** | § <br> § | **Civil Action No. 4:23-cv-1137** |
| **JP MORGAN CHASE**<br>**BANK, N.A.** | § <br> § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § <br> § <br> § <br> § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, R. Allan Bullwinkel, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.  He may receive communications from the Court and all parties at:

> R. Allan Bullwinkel
> HEIM, PAYNE & CHORUSH, LLP
> 609 Main Street, Suite 3200
> Houston, TX 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail:  abullwinkel@hpcllp.com

DATED: December 22, 2023      Respectfully submitted,

By:  /s/ *R. Allan Bullwinkel*
      Leslie V. Payne
      State Bar No. 0784736
      lpayne@hpcllp.com
      R. Allan Bullwinkel
      State Bar No. 24064327
      abullwinkel@hpcllp.com
      Alden G. Harris
      State Bar No. 24083138
      aharris@hpcllp.com
      Christopher L. Limbacher
      State Bar No. 24102097
      climbacher@hpcllp.com
      HEIM PAYNE & CHORUSH, LLP
      609 Main Street, Suite 3200
      Houston, Texas 77002
      Telephone: (713) 221-2000
      Facsimile: (713) 221-2021

      **ATTORNEYS FOR PLAINTIFFS**
      **WAPP TECH LIMITED PARTNERSHIP and**
      **WAPP TECH CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on December 22, 2023. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

/s/ *R. Allan Bullwinkel*
R. Allan Bullwinkel