IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A. <br><br> Defendant. | §§§§§§§§§§§§§§ Civil Action No. 4:23-cv-1137 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Alden G. Harris, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.  He may receive communications from the Court and all parties at:

> Alden G. Harris
> HEIM, PAYNE & CHORUSH, LLP
> 609 Main Street, Suite 3200
> Houston, TX 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail:  aharris@hpcllp.com

DATED: December 22, 2023    Respectfully submitted,

By: /s/ *Alden G. Harris*
Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
State Bar No. 24083138
aharris@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

**ATTORNEYS FOR PLAINTIFFS**
**WAPP TECH LIMITED PARTNERSHIP and**
**WAPP TECH CORP.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on December 22, 2023. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

                                              /s/ *Alden G. Harris*
                                              Alden G. Harris