# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § § Plaintiffs, § § v. § § JPMORGAN CHASE BANK, N.A. § § § Defendant. § § § | Civil Action No. 4:23-cv-1137 JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. and Defendant JPMorgan Chase Bank, N.A. (collectively, the "Parties") respectfully submit this Joint Motion to Amend the Scheduling Order (Dkt. 26).

The Parties request that Defendant's deadline for serving the P.R. 3-3 Invalidity Contentions and accompanying prior art production under P.R. 3-4(b) be extended by 10 days to June 21, 2024. The Parties represent that this Motion is not filed for purposes of delay and that no other case deadlines will be affected by this Motion. The Parties met and conferred and are jointly seeking the relief sought in this Motion.

The Parties respectfully request that the Court grant this Motion as follows:

| Original Date | Amended Date | Original Description | Amended Description |
|---|---|---|---|
| June 11, 2024 | June 11, 2024 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To extent not already required to be disclosed, exchange | P.R. 3-4(a) document production to be served. To extent not already required to be disclosed, exchange |

| Original Date | Amended Date | Original Description | Amended Description |
|---|---|---|---|
| | | Mandatory Disclosures on all issues, including damages. | Mandatory Disclosures on all issues, including damages. |
| June 11, 2024 | June 21, 2024 | Same as above. | P.R. 3-3 Invalidity Contentions (and P.R. 3-4(b) document production) to be served. |

Dated:  June 6, 2024

By: */s/Leslie V. Payne*
    Leslie V. Payne
    State Bar No. 0784736
    lpayne@hpcllp.com
    R. Allan Bullwinkel
    State Bar No. 24064327
    abullwinkel@hpcllp.com
    Alden G. Harris
    State Bar No. 24083138
    aharris@hpcllp.com
    Christopher L. Limbacher
    State Bar No. 24102097
    climbacher@hpcllp.com
    HEIM PAYNE & CHORUSH, LLP
    609 Main Street, Suite 3200
    Houston, Texas 77002
    Telephone: (713) 221-2000
    Facsimile: (713) 221-2021

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

Respectfully submitted,

By: */s/Rita J. Yoon*
    Rita J. Yoon
    (Illinois Bar. No. 6298019)
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: (415) 626-3939
    Facsimile: (415) 875-5700
    ryoon@jonesday.com

    Blaney Harper
    (D.C. Bar No. 4559669)
    JONES DAY
    2727 North Harwood Street, Suite 500
    Dallas, Texas  75201
    Telephone: (214) 220-3939
    Facsimile: (214) 969-5100
    bharper@jonesday.com

    I. Sasha Mayergoyz
    (Illinois Bar No. 6271800)
    JONES DAY
    110 N. Wacker Dr., Suite 4800
    Chicago, IL 60606
    Telephone: (312) 782-3939
    Facsimile: (312) 782-8585
    smayergoyz@jonesday.com

    Hannah Mehrle (*pro hac vice*)
    (Ohio Bar No. 100228)
    JONES DAY

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hmehrle@jonesday.com

Walter Mostowy (*pro hac vice*)
(California Bar No. 341454)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 729-3900
wmostowy@jonesday.com

Stephen M. Bradley (*pro hac vice*)
(Georgia Bar No. 178489)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 521-8330
sbradley@jonesday.com

**ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5, I hereby certify that on June 6, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/Rita J. Yoon*
Rita J. Yoon

## CERTIFICATE OF CONFERENCE

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on June 3-4, 2024, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

*/s/Rita J. Yoon*
Rita J. Yoon