IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 4:23-cv-1137 |
| JPMORGAN CHASE BANK, N.A. | § § §  JURY TRIAL DEMANDED § |
| Defendant. | § § § |

## ORDER

Before the Court is Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. and Defendant JPMorgan Chase Bank, N.A.'s Joint Motion to Amend the Scheduling Order (Dkt. #33). The Parties request that Defendant's deadline for serving the P.R. 3-3 Invalidity Contentions and accompanying prior art production under P.R. 3-4(b) be extended by 10 days, to June 21, 2024, and the Court finds the motion should be and hereby is GRANTED. The current Scheduling Order is modified as set forth herein.

| Original Date | Amended Date | Original Description | Amended Description |
|---|---|---|---|
| June 11, 2024 | June 11, 2024 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To extent not already required to be disclosed, exchange | P.R. 3-4(a) document production to be served. To extent not already required to be disclosed, exchange |

| Original Date | Amended Date | Original Description | Amended Description |
|---|---|---|---|
| | | Mandatory Disclosures on all issues, including damages. | Mandatory Disclosures on all issues, including damages. |
| June 11, 2024 | June 21, 2024 | Same as above. | P.R. 3-3 Invalidity Contentions (and P.R. 3-4(b) document production) to be served. |

**IT IS SO ORDERED.**

SIGNED this 8th day of June, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE