# Exhibit M



**Trademarks**

1 Step RoboPDF, ActiveEdit, ActiveTest, Authorware, Blue Sky Software, Blue Sky, Breeze, Breezo, Captivate, Central, ColdFusion, Contribute, Database Explorer, Director, Dreamweaver, Fireworks, Flash, FlashCast, FlashHelp, Flash Lite, FlashPaper, Flash Video Endocer, Flex, Flex Builder, Fontographer, FreeHand, Generator, HomeSite, JRun, MacRecorder, Macromedia, MXML, RoboEngine, RoboHelp, RoboInfo, RoboPDF, Roundtrip, Roundtrip HTML, Shockwave, SoundEdit, Studio MX, UltraDev, and WebHelp are either registered trademarks or trademarks of Macromedia, Inc. and may be registered in the United States or in other jurisdictions including internationally. Other product names, logos, designs, titles, words, or phrases mentioned within this publication may be trademarks, service marks, or trade names of Macromedia, Inc. or other entities and may be registered in certain jurisdictions including internationally.

**Third-Party Information**

This guide contains links to third-party websites that are not under the control of Macromedia, and Macromedia is not responsible for the content on any linked site. If you access a third-party website mentioned in this guide, then you do so at your own risk. Macromedia provides these links only as a convenience, and the inclusion of the link does not imply that Macromedia endorses or accepts any responsibility for the content on those third-party sites.

Speech compression and decompression technology licensed from Nellymoser, Inc. (www.nellymoser.com).



Sorenson™ Spark™ video compression and decompression technology licensed from Sorenson Media, Inc.

Opera ® browser Copyright © 1995-2002 Opera Software ASA and its suppliers. All rights reserved.

Macromedia Flash 8 video is powered by On2 TrueMotion video technology. © 1992-2005 On2 Technologies, Inc. All Rights Reserved. http://www.on2.com.

Visual SourceSafe is a registered trademark or trademark of Microsoft Corporation in the United States and/or other countries.

**Copyright © 2005 Macromedia, Inc. All rights reserved. This manual may not be copied, photocopied, reproduced, translated, or converted to any electronic or machine-readable form in whole or in part without written approval from Macromedia, Inc. Notwithstanding the foregoing, the owner or authorized user of a valid copy of the software with which this manual was provided may print out one copy of this manual from an electronic version of this manual for the sole purpose of such owner or authorized user learning to use such software, provided that no part of this manual may be printed out, reproduced, distributed, resold, or transmitted for any other purposes, including, without limitation, commercial purposes, such as selling copies of this documentation or providing paid-for support services.**

**Acknowledgments**

Project Management: Mary Leigh Burke

Writing: Tim Statler

Managing Editor: Rosana Francescato

Editing: Linda Adler, Mary Kraemer, Lisa Stanziano, Anne Szabla

Production Management: Patrice O'Neill, Kristin Conradi, Yuko Yagi

Media Design and Production: Adam Barnett, Aaron Begley, Paul Benkman, John Francis, Geeta Karmarkar, Masayo Noda, Paul Rangel, Arena Reed, Mario Reynoso

Special thanks to Lisa Friendly, Bonnie Loo, Erick Vera, the beta testers, and the entire Flash Lite engineering and QA teams.

First Edition: September 2005

Macromedia, Inc.
601 Townsend St.
San Francisco, CA 94103

# Contents

**Introduction** ...........................................................5
What's new in Flash Lite authoring ...............................5
Guide to instructional media. .....................................6
Additional resources ............................................6
Typographical conventions ......................................6

**Chapter 1: Creating Interactivity and Navigation**................7
Keys supported by Flash Lite ....................................8
Using tab navigation in Flash Lite..................................9
Handling key events (Flash Professional Only)....................13
Handling button events (Flash Professional Only) ................ 20
Using the soft keys (Flash Professional Only) .................... 26

**Chapter 2: Working with Text and Fonts**....................31
About text in Flash Lite ........................................... 31
Using input text fields ......................................... 34
Font rendering methods in Flash Lite ........................... 38
Flash Lite rendering quality and anti-aliased text ................. 39
Embedding font outlines in SWF files........................... 40
Text field example application (Flash Professional Only) .......... 42
Creating scrolling text (Flash Professional Only).................. 45

**Chapter 3: Working with Sound** .......................... 49
About sound in Flash Lite........................................ 49
Using device sound (Flash Professional Only).................... 50
Using native Flash sounds ...................................... 56

**Chapter 4: Optimizing content for performance and file size** ...57
SWF file size and memory.......................................57
Performance optimization .....................................57
Device speed and frames per second ........................... 61

**Chapter 5: Testing Flash Lite Content (Flash Professional Only)** .................................63

Overview of Flash Lite testing features (Flash Professional Only)...63
Using the Flash Lite emulator (Flash Professional Only) ...........66
Flash Lite error and warning messages (Flash Professional Only) ..74
Selecting test devices and Flash Lite content type
(Flash Professional Only)........................................76
Flash Lite content types (Flash Professional Only) .................78
Determining platform capabilities (Flash Professional Only)........ 81

**Appendix: Warning and Error Messages (Flash Professional Only)** .................................85

Flash Lite emulator error and information messages
(Flash Professional Only).........................................85

Index ...............................................................93

# Introduction

This manual describes how to develop applications for mobile devices using Macromedia Flash Lite. You can use various modes of navigation for different devices and how to work with text and fonts. This manual also describes how to manage the runtime memory available to Flash Lite applications running on various models of mobile phones. Using a Flash Lite emulator that is included with Macromedia Flash Professional 8, you can test and debug your application in the authoring tool before you test it on an actual device.

## What's new in Flash Lite authoring

Flash Professional 8 includes the following new features to help developers create Flash Lite applications:

**Flash Lite emulator**   The Flash Lite emulator lets you preview your content as it will function on an actual device. The emulator can configure itself to mimic the features available on any supported device. The emulator also provides debugging information that alerts you to potential problems and incompatibilities on the target device.

**Device Settings dialog box**   You use the Device Settings dialog box to select your test devices and Flash Lite content type. When you test your content in the Flash Lite emulator, you can choose the test device you want the emulator to mimic.

**Device document templates**   Flash Professional 8 includes document templates to let you quickly start creating content for specific devices and content types.

## About screen size and available Stage size (Flash Professional Only)

Each combination of target device and Flash Lite content type determines, among other things, the available screen area that a Flash Lite application can occupy. The available Stage area may be equal to, or less than, the device's full screen size.

For example, the Stage area that is available to a SWF file running in full-screen mode in the stand-alone player on a Nokia Series 60 device is equal to the device's full screen size (176 x 208 pixels). On other devices (such as those available in Japan), the Stage area that is available to a SWF file running in one of the specialized content types (such as Address Book or Screensaver) may be less than the device's total screen size. For example, the Fujitsu 700i has a screen size of 240 x 320; however, a SWF file running in the device's Address Book application has 96 x 72 pixels of available Stage area.

If a SWF file's Stage size is different than the available Stage size, the Flash Lite player scales the content (proportionately) to fit within the available Stage area. When you test your content in the Flash Lite emulator, the emulator also warns if your application's Stage size is different from the available Stage area, as the following image shows:



To avoid any undesirable scaling issues, Macromedia recommends that your Flash document's Stage dimensions match the available Stage area for the selected test device and content type.fs

## Testing features not supported in the Flash Lite test window (Flash Professional Only)

The Flash Lite test window does not support all the features available in the standard (desktop) test window. The following is a list of testing features that are not available when testing your Flash Lite content in the emulator:

- The List Variables (Debug > List Variables) and List Objects (Debug > List Objects) features
- The Bandwidth Profiler, and Streaming and Frame by Frame graphing features
- The View > Simulate Download menu command

- The ActionScript Debugger
- The View > Show Redraw Regions menu command
- The Controller toolbar (Window > Toolbarsf > Controller)

## Flash Lite features not supported by the emulator (Flash Professional Only)

The emulator doesn't support all the features that are available to Flash Lite applications running on an actual device. For example, the emulator doesn't support the ability to initiate phone calls or SMS messages. If you attempt to use a command or feature that isn't supported by the emulator, the emulator generates a message in the Output panel, as the following image shows:



The Flash Lite emulator does not support the following fscommand() and fscommand2() commands:

- FullScreen
- GetFreePlayerMemory
- GetTotalPlayerMemory
- Launch
- Quit
- StartVibrate
- GetNetworkConnectStatus
- GetNetworkRequestStatus
- GetNetworkStatus

Case 4:23-cv-01137-ALM   Document 52-14   Filed 08/27/24   Page 9 of 11 PageID #: 1998

| Error code | Message | Description |
| --- | --- | --- |
| FTPS105 | This SWF is not in Flash Lite format. | Your application attempted to load a SWF file whose version was not in the Flash Lite format; Flash Lite can load other Flash Lite SWF files or Flash 4-formatted SWF files, only. |
| FTPS106 | Mouse Event (*event-name*) was ignored because it was not triggered by Keypress. | The emulator detected a mouse event over a button in your Flash Lite application. The current test device does not support a stylus or touch-screen interface, so you can only interact with buttons on the screen using the emulator's keypad or equivalent keyboard shortcuts. |
| FTPS107 | The key will not be processed: *device-key*. Use FSCommand2 SetSoftKeys to enable this key | You pressed one of the soft keys on the emulator's keypad without first calling the SetSoftKeys command. For more information, see "Using the soft keys (Flash Professional Only)" on page 26. |
| FTPS108 | Invalid FSCommand (*command-name*) found. | The specified FSCommand() command is not a valid command string. |
| FTPS109 | FSCommand (*command-name*) not supported in the emulator, please test it on the device. | The emulator does not support the specified FSCommand() command. You must test this SWF file on a device with Flash Lite installed to see if the specified command functions as expected. |
| FTPS110 | Soft keys are not supported in the FlashLite 1.0 player. | The emulator detected that you pressed one of its soft keys but your document's SWF file's version publish setting is set to Flash Lite 1.0. Flash Lite 1.0 does not support soft keys. |

# Index

## A

application modes, in Flash Lite  78

## B

button events
    about  20
    handling  20

## C

content types in Flash Lite, described  78

## D

device settings
    about  76
    selecting test devices and content type  76
device sound
    about  50
    adding  51
    triggering in Flash Lite 1.0  53

## E

embed font outlines
    about  40
    how to  40
emulator. *See* Flash Lite emulator

## F

Flash Lite emulator
    about  63
    changing test devices  67
    debug options  69
    features unsupported by  72
    interacting with  66
    previewing applications with  66
    rotating  70
    warning and error messages  74, 85
    zooming  70
Flash Lite rendering quality
    and text fields  39
    default rendering quality  39
font rendering methods
    about  38
    applying to text fields  38

## I

input text fields
    and the focus rectangle  37
    example application  42
    restricting characters in  37
interactivity
    creating a menu with buttons  22
    creating a menu with movie clips  16
    creating, with buttons  20
    detecting keypresses  14
    handling keypress events  13
    tab navigation  9
    using the soft keys  26

## K

keypress events
    ActionScript key codes  14
    creating a key catcher button  14
    handling with ActionScript  13
    supported keys  8
    writing a key handler script  14

## M

menus
   creating with buttons  22
   creating with movie clips  16

## N

native sound, about  56
navigation. *See* tab navigation

## O

optimizing
   ActionScript  61
   animation performance  58
   bitmap graphics  58, 59
   bitmap versus vector graphics  59
   file size  57
   frames per second  61
   memory  57
   performance  57

## P

platform capabilities, determining  81

## S

soft keys
   SetSoftKeys command  26
   using  26
sound
   about  49
   compound  54
   device  50
   device and native  49
   event and streaming  50
   Sound Bundler utility  54
Sound Bundler utility, using for compound sounds  54
Stage
   available  72
   screen size and  72

## T

tab navigation
   about  9
   example application using  22
   focus rectangle  11
   four-way  10
   four-way with wrap-around  10
   guidelines for  12
   modes of  9
   two-way  10
text fields
   creating scrolling text  45
   font rendering methods, about  32
   input text fields, using  34
   restricting characters in input text fields  37