# Exhibit O

PTO/SB/08a (05-09)
Approved for use through 06/302009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| *Application Number* | 11/449,958 |
| *Filing Date* | June 9, 2006 |
| *First Named Inventor* | Donavan Poulin |
| *Art Unit* | 2128 |
| *Examiner Name* | Phan, Thai Q. |
| *Attorney Docket Number* | 451320 |

| Sheet | 1 | of | 2 |
|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials * | Cite No.[1] | Document Number — Number - Kind Code[2] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /TP/ | | US- 7,546,298 | Hulaj et al. | 06-09-2009 | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] - Number[4] - Kind Code[5] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Thai Phan/ | Date Considered | 09/23/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08b (05-09)
Approved for use through 06/302009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449B/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 11/449,958 |
| | | | | Filing Date | June 9, 2006 |
| | | | | First Named Inventor | Donavan Poulin |
| | | | | Art Unit | 2128 |
| **(Use as many sheets as necessary)** | | | | Examiner Name | Phan, Thai Q. |
| Sheet | 2 | of | 2 | Attorney Docket Number | 451320 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials * | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s),  publisher, city and/or country where published. | T [2] |
| /TP/ | | Macromedia® Flash MX 2004 Professional Flash Lite User Manual, Second Edition, August 2003, 22 pages | |
| /TP/ | | Macromedia® Flash 8, Developing Flash Lite Application, First  Edition, September 2005, 94 pages | |
| /TP/ | | Macromedia® Flash MX Professional 2004, Flash Lite Authoring Guidelines for the i-mode Service by NTT DoCoMo, First Edition: March 2003, 48 pages | |
| /TP/ | | FlashCast Add-in for Flash MX Professional 2004, Adobe®, 2009, 3 pages | |
| /TP/ | | Macromedia® FlashCast™ FAQ, 2006, 4 pages | |
| /TP/ | | Adobe®, TechNote, Unable to use a handset emulator to test Flash Lite content, 02-28-2005, 1 page | |
| /TP/ | | TALBOT, J., Creating Flash Lite Applications,  Adobe®,  2006, 38 pages | |
| /TP/ | | Adobe - Developer Center : MAX Sneak Peeks, MAX 2005 Articles, October 2005, 12 pages | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Thai Phan/ | Date Considered | 09/23/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*