# Exhibit T

# Chapter 600   Parts, Form, and Content of Application

| | |
|---|---|
| **601** | **Content of Provisional and Nonprovisional Applications** |
| 601.01 | Complete Application |
| **601.01(a)** | Nonprovisional Applications Filed Under 35 U.S.C. 111(a) |
| **601.01(b)** | Provisional Applications Filed Under 35 U.S.C. 111(b) |
| **601.01(c)** | Conversion to or from a Provisional Application |
| **601.01(d)** | Application Filed Without All Pages of Specification |
| **601.01(e)** | Nonprovisional Application Filed Without at Least One Claim |
| **601.01(f)** | Applications Filed Without Drawings |
| **601.01(g)** | Applications Filed Without All Figures of Drawings |
| 601.02 | Power of Attorney |
| 601.03 | Correspondence Address |
| **601.03(a)** | Change of Correspondence Address in Applications Filed On or After September 16, 2012 |
| **601.03(b)** | Change of Correspondence Address in Applications Filed Before September 16, 2012 |
| 601.04 | National Stage Requirements of the United States as a Designated Office |
| 601.05 | Bibliographic Information - Application Data Sheet (ADS) |
| **601.05(a)** | Application Data Sheet (ADS) -- Application Filed On or After September 16, 2012 |
| **601.05(b)** | Application Data Sheet (ADS) in Application Filed Before September 16, 2012 |
| **602** | **Oaths and Declarations** |
| 602.01 | Naming the Inventor; Inventor's Oath or Declaration |
| **602.01(a)** | Inventor's Oath or Declaration in Application Filed On or After September 16, 2012 |
| **602.01(b)** | Inventor's Oath or Declaration in Application Filed Before September 16, 2012 |
| **602.01(c)** | Correction of Inventorship, Name of Inventor, and Order of Names in an Application |
| **602.01(c)(1)** | Correction of Inventorship in an Application – Request Filed On or After September 16, 2012 |
| **602.01(c)(2)** | Correcting or Updating Inventor Name 37 CFR 1.48(f) – Request Filed On or After September 16, 2012 |
| **602.01(c)(3)** | [Reserved] |
| 602.02 | New Oath or Substitute for Original |
| 602.03 | Office Finds the Inventor's Oath or Declaration Defective |
| 602.04 | Foreign Executed Oath |
| 602.05 | Oath or Declaration in Continuing Applications |
| **602.05(a)** | Oath or Declaration in Continuing Applications Filed On or After September 16, 2012 |
| **602.05(b)** | Oath or Declaration in Continuing Applications Filed Before September 16, 2012 |
| 602.06 | Non-English Oath or Declaration |
| 602.07 | Oath or Declaration Filed in United States as a Designated Office |
| 602.08 | Inventor and Application Information |
| **602.08(a)** | Inventor Bibliographic Information |
| **602.08(b)** | Inventor Signature and Name |
| **602.08(c)** | Identification of Application |
| 602.09 | Joint Inventors |
| **603** | **Supplemental Oath or Declaration** |
| 603.01 | Supplemental Oath or Declaration Filed After Allowance |
| **604** | **Substitute Statements** |
| **605** | **Applicant** |
| 605.01 | Applicant for Application filed on or after September 16, 2012 |
| 605.02 | Applicant for Application Filed Before September 16, 2012 |
| **606** | **Title of Invention** |
| 606.01 | Examiner May Require Change in Title |
| **607** | **Filing Fee** |
| 607.01 | [Reserved] |
| 607.02 | Returnability of Fees |
| **608** | **Disclosure** |
| 608.01 | Specification |
| **608.01(a)** | Arrangement of Application |
| **608.01(b)** | Abstract of the Disclosure |
| **608.01(c)** | Background of the Invention |
| **608.01(d)** | Brief Summary of Invention |
| **608.01(e)** | [Reserved] |
| **608.01(f)** | Brief Description of Drawings |
| **608.01(g)** | Detailed Description of Invention |
| **608.01(h)** | Mode of Operation of Invention |

608.01(i)      Claims
608.01(j)      Numbering of Claims
608.01(k)     Statutory Requirement of Claims
608.01(l)      Claims Present on the Application Filing Date
608.01(m)    Form of Claims
608.01(n)     Dependent Claims
608.01(o)     Basis for Claim Terminology in Description
608.01(p)     Completeness of Specification
608.01(q)     Substitute or Rewritten Specification
608.01(r)      Derogatory Remarks About Prior Art in Specification
608.01(s)      Restoration of Canceled Matter
608.01(t)      Use in Subsequent Application
608.01(u)     [Reserved]
608.01(v)     Marks Used in Commerce and Trade Names
608.01(w)    Copyright and Mask Work Notices
608.02         Drawing
608.02(a)     New Drawing — When Replacement is Required Before Examination
608.02(b)     Acceptability of Drawings
608.02(c)     Location of Drawings
608.02(d)     Complete Illustration in Drawings
608.02(e)     Examiner Determines Completeness and Consistency of Drawings
608.02(f)      Modifications in Drawings
608.02(g)     Illustration of Prior Art
608.02(h)     Replacement Drawings
608.02(i)      Transfer of Drawings From Prior Applications
608.02(j)      [Reserved]
-608.02(o)
608.02(p)     Correction of Drawings
608.02(q)     [Reserved]
-608.02(s)
608.02(t)      Cancelation of Figures
608.02(u)     [Reserved]
608.02(v)     Drawing Changes Which Require Annotated Sheets
608.02(w)    Drawing Changes Which May Be Made Without Applicant's Annotated Sheets
608.02(x)     Drawing Corrections or Changes Accepted Unless Notified Otherwise

608.02(y)     Return of Drawing
608.02(z)     Allowable Applications Needing Drawing Corrections or Corrected Drawings
608.03         Models, Exhibits, Specimens
608.03(a)     Handling of Models, Exhibits, and Specimens
608.04         New Matter
608.04(a)     Matter Not Present in Specification, Claims, or Drawings on the Application Filing Date
608.04(b)     New Matter by Preliminary Amendment
608.04(c)     Review of Examiner's Holding of New Matter
608.05         "Sequence Listing," "Large Tables," or "Computer Program Listing Appendix" Submitted in ASCII Plain Text or a "Sequence Listing XML" Submitted as XML File Text
608.05(a)     Submission of a "Computer Program Listing Appendix"
608.05(b)     ASCII Plain Text Submissions of "Large Tables" and Treatment of Lengthy Tables in a Specification for Patents and Patent Application Publications
608.05(c)     Submissions of Biological Sequence Listings
609            Information Disclosure Statement
609.01         Examiner Checklist for Information Disclosure Statements
609.02         Information Disclosure Statements in Continued Examinations or Continuing Applications
609.03         Information Disclosure Statements in National Stage Applications
609.04         Content and Timing Requirements for an Information Disclosure Statement
609.04(a)     Content Requirements for an Information Disclosure Statement
609.04(b)     Timing Requirements for an Information Disclosure Statement
609.05         Examiner Handling of Information Disclosure Statements
609.05(a)     Noncomplying Information Disclosure Statements
609.05(b)     Complying Information Disclosure Statements

609.05(c)    Documents Submitted as Part of Applicant's Reply to Office Action
609.06    Information Printed on Patent
609.07    IDSs Electronically Submitted (e-IDS) Using EFS-Web
609.08    Electronic Processing of Information Disclosure Statement

# 601  Content of Provisional and Nonprovisional Applications [R-07.2022]

**35 U.S.C. 111 Application.**

*[Editor Note: Applicable to any patent application filed under this provision on or after December 18, 2013. See pre-PLT (AIA) 35 U.S.C. 111 or pre-AIA 35 U.S.C. 111 for the law otherwise applicable.]*

(a)  IN GENERAL.—

(1)  WRITTEN APPLICATION.—An application for patent shall be made, or authorized to be made, by the inventor, except as otherwise provided in this title, in writing to the Director.

(2)  CONTENTS.—Such application shall include—

(A)  a specification as prescribed by section 112;

(B)  a drawing as prescribed by section 113; and

(C)  an oath or declaration as prescribed by section 115.

(3)  FEE, OATH OR DECLARATION, AND CLAIMS.—The application shall be accompanied by the fee required by law. The fee, oath or declaration, and 1 or more claims may be submitted after the filing date of the application, within such period and under such conditions, including the payment of a surcharge, as may be prescribed by the Director. Upon failure to submit the fee, oath or declaration, and 1 or more claims within such prescribed period, the application shall be regarded as abandoned.

(4)  FILING DATE.—The filing date of an application shall be the date on which a specification, with or without claims, is received in the United States Patent and Trademark Office.

(b)  PROVISIONAL APPLICATION.—

(1)  AUTHORIZATION.—A provisional application for patent shall be made or authorized to be made by the inventor, except as otherwise provided in this title, in writing to the Director. Such application shall include—

(A)  a specification as prescribed by section 112(a); and

(B)  a drawing as prescribed by section 113.

(2)  CLAIM.—A claim, as required by subsections (b) through (e) of section 112, shall not be required in a provisional application.

(3)  FEE.—The application shall be accompanied by the fee required by law. The fee may be submitted after the filing date of the application, within such period and under such conditions, including the payment of a surcharge, as may be prescribed by the Director. Upon failure to submit the fee within such prescribed period, the application shall be regarded as abandoned.

(4)  FILING DATE.—The filing date of a provisional application shall be the date on which a specification, with or without claims, is received in the United States Patent and Trademark Office.

(5)  ABANDONMENT.—Notwithstanding the absence of a claim, upon timely request and as prescribed by the Director, a provisional application may be treated as an application filed under subsection (a). Subject to section 119(e)(3), if no such request is made, the provisional application shall be regarded as abandoned 12 months after the filing date of such application and shall not be subject to revival after such 12-month period.

(6)  OTHER BASIS FOR PROVISIONAL APPLICATION.—Subject to all the conditions in this subsection and section 119(e) of this title, and as prescribed by the Director, an application for patent filed under subsection (a) may be treated as a provisional application for patent.

(7)  NO RIGHT OF PRIORITY OR BENEFIT OF EARLIEST FILING DATE.—A provisional application shall not be entitled to the right of priority of any other application under section 119, 365(a), or 386(a) or to the benefit of an earlier filing date in the United States under section 120, 121, 365(c), or 386(c).

(8)  APPLICABLE PROVISIONS.—The provisions of this title relating to applications for patent shall apply to provisional applications for patent, except as otherwise provided, and except that provisional applications for patent shall not be subject to sections 131 and 135.

(c)  PRIOR FILED APPLICATION.—Notwithstanding the provisions of subsection (a), the Director may prescribe the conditions, including the payment of a surcharge, under which a reference made upon the filing of an application under subsection (a) to a previously filed application, specifying the previously filed application by application number and the intellectual property authority or country in which the application was filed, shall constitute the specification and any drawings of the subsequent application for purposes of a filing date. A copy of the specification and any drawings of the previously filed application shall be submitted within such period and under such conditions as may be prescribed by the Director. A failure to submit the copy of the specification and any drawings of the previously filed application within the prescribed period shall result in the application being regarded as abandoned. Such application shall be treated as having never been filed, unless—

(1)  the application is revived under section 27; and

(2)  a copy of the specification and any drawings of the previously filed application are submitted to the Director.

**35 U.S.C. 111 (pre-PLT (AIA)) Application.**

*[Editor Note: Applicable to any patent application filed on or after September 16, 2012, and before December 18, 2013. See 35 U.S.C. 111 or pre-AIA 35 U.S.C. 111 for the law otherwise applicable.]*

(B) Draw a line through the citation to show that it has not been considered if the citation fails to comply with all the requirements of 37 CFR 1.97 and 37 CFR 1.98. The examiner should inform applicant the reasons why a citation was not considered. If a *bona fide* attempt is made to comply with the content requirements of 37 CFR 1.98, but part of the required content is inadvertently omitted, additional time may be given to enable full compliance pursuant to 37 CFR 1.97(f). See MPEP § 609.04(b), subsection VI and form paragraph 6.51.

(C) Write "not considered" on an information disclosure statement if none of the information listed complies with the requirements of 37 CFR 1.97 and 37 CFR 1.98. The examiner will inform applicant the reasons why the IDS was not considered by using form paragraphs 6.49 through 6.49.10.

(D) Sign and date the bottom of the IDS listing, or use the alternative electronic signature method noted in item (A)(2) above.

(E) Ensure that a copy of the IDS listing that is signed and dated by the examiner is entered into the file and mailed to applicant.

For discussion of electronic processing of IDS, see MPEP § 609.08.

# 609.02  Information Disclosure Statements in Continued Examinations or Continuing Applications [R-07.2015]

## I. CONSIDERATION OF PRIOR ART CITED IN A PARENT INTERNATIONAL APPLICATION

When filing a continuing application that claims benefit under 35 U.S.C. 120 to a parent application (other than an international application that designated the U.S.), it will not be necessary for the applicant to submit an information disclosure statement in the continuing application that lists the prior art cited by the examiner in the parent application unless the applicant desires the information to be printed on the patent issuing from the continuing application (for continued prosecution applications filed under 37 CFR 1.53(d), see subsection A.1. below). The examiner of the continuing application will consider information which has been considered by the Office in the parent application.

When filing a continuing application that claims benefit under 35 U.S.C. 120 to an international application that designated the U.S. (see MPEP § 1895), it will be necessary for the applicant to submit an information disclosure statement complying with 37 CFR 1.97 and 1.98 in the continuing application listing the documents cited in the international search report and/or the international preliminary examination report of the international application if applicant wishes to ensure that the information is considered by the examiner in the continuing application.

See MPEP § 609.03 for consideration of documents cited in the international search report in a PCT national stage application.

## II. IDS IN CONTINUED EXAMINATIONS OR CONTINUING APPLICATIONS

### A.  IDS That Has Been Considered (1) in the Parent Application, or (2) Prior to the Filing of a Request for Continued Examination (RCE)

#### 1.  Continued Prosecution Applications (CPAs) Filed Under 37 CFR 1.53(d)

Information which has been considered by the Office in the parent application of a continued prosecution application (CPA) filed under 37 CFR 1.53(d) will be part of the file before the examiner and need not be resubmitted in the continuing application to have the information considered and listed on the patent.

#### 2.  Continuation Applications, Divisional Applications, or Continuation-in-Part Applications Filed Under 37 CFR 1.53(b)

The examiner will consider information which has been considered by the Office in a parent application (other than an international application; see subsection I., above) when examining: (A) a continuation application filed under 37 CFR 1.53(b), (B) a divisional application filed under 37 CFR 1.53(b), or (C) a continuation-in-part application filed under 37 CFR 1.53(b). A listing of the information need not be resubmitted in the

==continuing application unless the applicant desires the information to be printed on the patent.==

If resubmitting a listing of the information, applicant should submit a new listing that complies with the format requirements in 37 CFR 1.98(a)(1) and the timing requirements of 37 CFR 1.97. Applicants are strongly discouraged from submitting a list that includes copies of PTO/SB/08 or PTO-892 forms from other applications. A completed PTO/SB/08 form from another application may already have initials of an examiner and the application number of another application. This information will likely confuse the record. Furthermore, when the spaces provided on the form have initials of an examiner, there are no spaces available next to the documents listed for the examiner of the subsequent application to provide his or her initials, and the previously relevant initials may be erroneously construed as being applied for the current application.

### 3. Requests for Continued Examination (RCE) Under 37 CFR 1.114

Information which has been considered by the Office in the application before the filing of a RCE will be part of the file before the examiner and need not be resubmitted to have the information considered by the examiner and listed on the patent.

### B. IDS That Has *Not* Been Considered (1) in the Parent Application, or (2) Prior to the Filing of a Request for Continued Examination

### 1. Continued Prosecution Applications Filed Under 37 CFR 1.53(d)

Information filed in the parent application that complies with the content requirements of 37 CFR 1.98 will be considered by the examiner in the CPA. No specific request from the applicant that the previously submitted information be considered by the examiner is required.

### 2. Continuation Applications, Divisional Applications, or Continuation-In-Part Applications Filed Under 37 CFR 1.53(b)

For these types of applications, in order to ensure consideration of information previously submitted, but not considered, in a parent application, applicant must resubmit the information in the continuing application in compliance with 37 CFR 1.97 and 37 CFR 1.98. Pursuant to 37 CFR 1.98(d), if the IDS submitted in the parent application complies with 37 CFR 1.98(a) to (c), copies of the patents, publications, pending U.S. applications, or other information submitted in the parent application need not be resubmitted in the continuing application.

When resubmitting a listing of the information, applicant should submit a new listing that complies with the format requirements in 37 CFR 1.98(a)(1). Applicants are strongly discouraged from submitting a list that includes copies of PTO/SB/08 or PTO-892 forms from other applications. A PTO/SB/08 form from another application may already have the application number of another application. This information will likely confuse the record.

### 3. Requests for Continued Examination Under 37 CFR 1.114

Information filed in the application in compliance with the content requirements of 37 CFR 1.98 before the filing of a RCE will be considered by the examiner after the filing of the RCE. For example, an applicant filed an IDS in compliance with 37 CFR 1.98 after the mailing of a final Office action, but the IDS did not comply with the requirements of 37 CFR 1.97(d)(1) and (d)(2) and therefore, the IDS was not considered by the examiner. After applicant files a RCE, the examiner will consider the IDS filed prior to the filing of the RCE. For more details on RCE, see MPEP § 706.07(h).

## 609.03  Information Disclosure Statements in National Stage Applications [R-07.2022]

When examining a PCT national stage application, the examiner will consider all U.S. patents, U.S. patent application publications, and U.S. pending applications cited in the international search report that are stored electronically in the USPTO's Image