# Exhibit Z

(REDACTED IN ITS ENTIRETY)