

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., *Plaintiffs,* v. JPMORGAN CHASE BANK, N.A., *Defendant.* | § § § § § § § § § § § § | Case No. 4:23-cv-01137 JURY TRIAL DEMANDED |

**PLAINTIFF'S ADDITIONAL SEALED EXHIBITS TO RESPONSE IN OPPOSITION TO DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS**

1