# Exhibit BB

(REDACTED IN ITS ENTIRETY)