# Exhibit VV

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS                    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS                    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS                    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS                    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC 6.1.24

<table>
<tr><td rowspan="7">

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

</td><td>Application Number</td><td>16908322</td></tr>
<tr><td>Filing Date</td><td>2020-06-22</td></tr>
<tr><td>First Named Inventor</td><td>Donavan Paul POULIN</td></tr>
<tr><td>Art Unit</td><td>2148</td></tr>
<tr><td>Examiner Name</td><td>Cuong V LUU</td></tr>
<tr><td>Attorney Docket Number</td><td>WTC1-PAU01bd2n</td></tr>
</table>

| | | | |
|---|---|---|---|
| | 1 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 58 pages. | ☐ |
| | 2 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 51 pages. | ☐ |
| | 3 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 26 pages. | ☐ |
| | 4 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 40 pages. | ☐ |
| | 5 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 166 pages. | ☐ |
| | 6 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6i, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 234 pages. | ☐ |
| | 7 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 242 pages. | ☐ |
| | 8 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 184 pages. | ☐ |
| | 9 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 120 pages. | ☐ |
| | 10 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 175 pages. | ☐ |
| | 11 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 47 pages. | ☐ |

| | | Application Number | 16908322 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2020-06-22 |
| | | First Named Inventor | Donavan Paul POULIN |
| | | Art Unit | 2148 |
| | | Examiner Name | Cuong V LUU |
| | | Attorney Docket Number | WTC1-PAU01bd2n |

| | 12 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 98 pages. | ☐ |
|---|---|---|---|
| | 13 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 47 pages. | ☐ |
| | 14 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 102 pages. | ☐ |
| | 15 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 51 pages. | ☐ |
| | 16 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-7h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 106 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

<table>
<tr><td rowspan="6"><strong>INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16908322</td></tr>
<tr><td>Filing Date</td><td>2020-06-22</td></tr>
<tr><td>First Named Inventor</td><td>Donavan Paul POULIN</td></tr>
<tr><td>Art Unit</td><td>2148</td></tr>
<tr><td>Examiner Name</td><td>Cuong V LUU</td></tr>
<tr><td>Attorney Docket  Number</td><td>WTC1-PAU01bd2n</td></tr>
</table>

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ A certification statement is not submitted herewith.

### FEE

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | | Date (YYYY-MM-DD) | |
|---|---|---|---|
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/ her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| | | |
|---|---|---|
| | Application Number | 16908322 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket  Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 1 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 131 pages. | ☐ |
| | 2 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 114 pages. | ☐ |
| | 3 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 145 pages. | ☐ |
| | 4 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 118 pages. | ☐ |
| | 5 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 183 pages. | ☐ |
| | 6 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 232 pages. | ☐ |
| | 7 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 147 pages. | ☐ |
| | 8 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-4h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 148 pages. | ☐ |
| | 9 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-5e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 71 pages. | ☐ |
| | 10 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 49 pages. | ☐ |
| | 11 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 207 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 12 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 94 pages. | ☐ |
| | 13 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 69 pages. | ☐ |
| | 14 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 28 pages. | ☐ |
| | 15 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 35 pages. | ☐ |
| | 16 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 242 pages. | ☐ |
| | 17 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6i, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 312 pages. | ☐ |
| | 18 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 316 pages. | ☐ |
| | 19 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-6k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 245 pages. | ☐ |
| | 20 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 193 pages. | ☐ |
| | 21 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 314 pages. | ☐ |
| | 22 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 66 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16908322 | |
| Filing Date | 2020-06-22 | |
| First Named Inventor | Donavan Paul POULIN | |
| Art Unit | 2148 | |
| Examiner Name | Cuong V LUU | |
| Attorney Docket Number | WTC1-PAU01bd2n | |

|  | 23 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 166 pages. | ☐ |
|---|---|---|---|
|  | 24 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 78 pages. | ☐ |
|  | 25 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 190 pages. | ☐ |
|  | 26 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 88 pages. | ☐ |
|  | 27 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-7h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 205 pages. | ☐ |
|  | 28 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-10a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 49 pages. | ☐ |
|  | 29 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-12a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 32 pages. | ☐ |
|  | 30 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-13a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 33 pages. | ☐ |
|  | 31 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-18a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 60 pages. | ☐ |
|  | 32 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-2a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 49 pages. | ☐ |
|  | 33 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 227 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | 34 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 265 pages. | ☐ |
| --- | --- | --- | --- |
| | 35 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 239 pages. | ☐ |
| | 36 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 278 pages. | ☐ |
| | 37 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 275 pages. | ☐ |
| | 38 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 311 pages. | ☐ |
| | 39 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3o, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 307 pages. | ☐ |
| | 40 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-3p, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 314 pages. | ☐ |
| | 41 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 116 pages. | ☐ |
| | 42 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 102 pages. | ☐ |
| | 43 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 126 pages. | ☐ |
| | 44 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 110 pages. | ☐ |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 16908322 |
|---|---|
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 45 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 159 pages. | ☐ |
| | 46 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 137 pages. | ☐ |
| | 47 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-4h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 146 pages. | ☐ |
| | 48 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-5e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 101 pages. | ☐ |
| | 49 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 38 pages. | ☐ |
| | 50 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit E-6b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 141 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

<table>
<tr><td rowspan="6">**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16908322</td></tr>
<tr><td>Filing Date</td><td>2020-06-22</td></tr>
<tr><td>First Named Inventor</td><td>Donavan Paul POULIN</td></tr>
<tr><td>Art Unit</td><td>2148</td></tr>
<tr><td>Examiner Name</td><td>Cuong V LUU</td></tr>
<tr><td>Attorney Docket  Number</td><td>WTC1-PAU01bd2n</td></tr>
</table>

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐     That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒     That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐     See attached certification statement.

☐     A certification statement is not submitted herewith.

### FEE

☐     The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

☐     An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-23 |
|-----------|-----------|-------------------|------------|
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/ her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

### U.S.PATENT APPLICATION PUBLICATIONS — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

### FOREIGN PATENT DOCUMENTS — Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

### NON-PATENT LITERATURE DOCUMENTS — Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
|---|---|---|
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 1 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-18a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 48 pages. | ☐ |
| | 2 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-2a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 75 pages. | ☐ |
| | 3 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 174 pages. | ☐ |
| | 4 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 205 pages. | ☐ |
| | 5 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 192 pages. | ☐ |
| | 6 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 225 pages. | ☐ |
| | 7 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 213 pages. | ☐ |
| | 8 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 246 pages. | ☐ |
| | 9 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3o, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 200 pages. | ☐ |
| | 10 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-3p, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 201 pages. | ☐ |
| | 11 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 62 pages. | ☐ |

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|---|
| | Application Number | 16908322 | |
| | Filing Date | 2020-06-22 | |
| | First Named Inventor | Donavan Paul POULIN | |
| | Art Unit | 2148 | |
| | Examiner Name | Cuong V LUU | |
| | Attorney Docket Number | WTC1-PAU01bd2n | |

| | | |
|---|---|---|
| 12 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 678 pages. | ☐ |
| 13 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 66 pages. | ☐ |
| 14 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 46 pages. | ☐ |
| 15 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 85 pages. | ☐ |
| 16 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 122 pages. | ☐ |
| 17 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 74 pages. | ☐ |
| 18 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-4h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 76 pages. | ☐ |
| 19 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-5e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 81 pages. | ☐ |
| 20 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 19 pages. | ☐ |
| 21 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 57 pages. | ☐ |
| 22 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 21 pages. | ☐ |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 23 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 19 pages. | ☐ |
| | 24 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 13 pages. | ☐ |
| | 25 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 34 pages. | ☐ |
| | 26 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 68 pages. | ☐ |
| | 27 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6i, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 94 pages. | ☐ |
| | 28 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 95 pages. | ☐ |
| | 29 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-6k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 88 pages. | ☐ |
| | 30 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 73 pages. | ☐ |
| | 31 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 114 pages. | ☐ |
| | 32 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 30 pages. | ☐ |
| | 33 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 62 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | 34 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 32 pages. | ☐ |
| --- | --- | --- | --- |
| | 35 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 62 pages. | ☐ |
| | 36 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 35 pages. | ☐ |
| | 37 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-7h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 71 pages. | ☐ |
| | 38 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-10a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 77 pages. | ☐ |
| | 39 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-12a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 27 pages. | ☐ |
| | 40 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-13a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 45 pages. | ☐ |
| | 41 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-18a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 77 pages. | ☐ |
| | 42 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-2a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 70 pages. | ☐ |
| | 43 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 290 pages. | ☐ |
| | 44 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 327 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | 45 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 302 pages. | ☐ |
|---|---|---|---|
| | 46 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 341 pages. | ☐ |
| | 47 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 350 pages. | ☐ |
| | 48 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 388 pages. | ☐ |
| | 49 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3o, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 381 pages. | ☐ |
| | 50 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit D-3p, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 384 pages. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

PC 6.1.24

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ A certification statement is not submitted herewith.

**FEE**

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

**COPIES**

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-23 |
|---|---|---|---|
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² i | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|

PC 6.1.24

<table>
<tr><td rowspan="7">**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16908322</td></tr>
<tr><td>Filing Date</td><td>2020-06-22</td></tr>
<tr><td>First Named Inventor</td><td>Donavan Paul POULIN</td></tr>
<tr><td>Art Unit</td><td>2148</td></tr>
<tr><td>Examiner Name</td><td>Cuong V LUU</td></tr>
<tr><td>Attorney Docket  Number</td><td>WTC1-PAU01bd2n</td></tr>
</table>

| | | | |
|---|---|---|---|
| | 1 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-11a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 37 pages. | ☐ |
| | 2 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-12a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 18 pages. | ☐ |
| | 3 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-13a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 23 pages. | ☐ |
| | 4 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-14a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 22 pages. | ☐ |
| | 5 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-18a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 35 pages. | ☐ |
| | 6 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-2a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 45 pages. | ☐ |
| | 7 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 145 pages. | ☐ |
| | 8 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 183 pages. | ☐ |
| | 9 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 166 pages. | ☐ |
| | 10 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 198 pages. | ☐ |
| | 11 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 179 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket  Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 12 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 217 pages. | ☐ |
| | 13 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3o, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 174 pages. | ☐ |
| | 14 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-3p, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 173 pages. | ☐ |
| | 15 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 46 pages. | ☐ |
| | 16 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 36 pages. | ☐ |
| | 17 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 50 pages. | ☐ |
| | 18 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 37 pages. | ☐ |
| | 19 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 71 pages. | ☐ |
| | 20 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 71 pages. | ☐ |
| | 21 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-4h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 73 pages. | ☐ |
| | 22 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-5e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 60 pages. | ☐ |

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | |
|---|---|---|
| 23 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 14 pages. | ☐ |
| 24 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 53 pages. | ☐ |
| 25 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 18 pages. | ☐ |
| 26 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 25 pages. | ☐ |
| 27 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 9 pages. | ☐ |
| 28 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 17 pages. | ☐ |
| 29 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 60 pages. | ☐ |
| 30 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6i, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 86 pages. | ☐ |
| 31 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 85 pages. | ☐ |
| 32 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-6k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 90 pages. | ☐ |
| 33 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 42 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16908322 | |
| Filing Date | 2020-06-22 | |
| First Named Inventor | Donavan Paul POULIN | |
| Art Unit | 2148 | |
| Examiner Name | Cuong V LUU | |
| Attorney Docket Number | WTC1-PAU01bd2n | |

| | 34 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 60 pages. | ☐ |
|---|---|---|---|
| | 35 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 17 pages. | ☐ |
| | 36 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 35 pages. | ☐ |
| | 37 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 16 pages. | ☐ |
| | 38 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 33 pages. | ☐ |
| | 39 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 19 pages. | ☐ |
| | 40 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-7h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 44 pages. | ☐ |
| | 41 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-10a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 51 pages. | ☐ |
| | 42 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-11a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 45 pages. | ☐ |
| | 43 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-12a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 24 pages. | ☐ |
| | 44 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-13a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 33 pages. | ☐ |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 45 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-14a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 26 pages. | ☐ |
| | 46 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-15a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 21 pages. | ☐ |
| | 47 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-15b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 19 pages. | ☐ |
| | 48 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-15c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 22 pages. | ☐ |
| | 49 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-15d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 21 pages. | ☐ |
| | 50 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit C-15e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 25 pages. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button  Add

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| Application Number | 16908322 |
|---|---|
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket  Number | WTC1-PAU01bd2n |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ A certification statement is not submitted herewith.

### FEE

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-23 |
|---|---|---|---|
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PC 6.1.24

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS    [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   [Add]

### U.S.PATENT APPLICATION PUBLICATIONS    [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   [Add]

### FOREIGN PATENT DOCUMENTS    [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button   [Add]

### NON-PATENT LITERATURE DOCUMENTS    [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16908322 |
| Filing Date | | 2020-06-22 |
| First Named Inventor | | Donavan Paul POULIN |
| Art Unit | | 2148 |
| Examiner Name | | Cuong V LUU |
| Attorney Docket  Number | | WTC1-PAU01bd2n |

|  | 1 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-10a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 58 pages. | ☐ |
|---|---|---|---|
|  | 2 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-11a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 43 pages. | ☐ |
|  | 3 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-12a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 22 pages. | ☐ |
|  | 4 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-13a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 31 pages. | ☐ |
|  | 5 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-14a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 25 pages. | ☐ |
|  | 6 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-15a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 20 pages. | ☐ |
|  | 7 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-15c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 41 pages. | ☐ |
|  | 8 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-16a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 13 pages. | ☐ |
|  | 9 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-16c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 33 pages. | ☐ |
|  | 10 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-17a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 6 pages. | ☐ |
|  | 11 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-17c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 28 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
|---|---|---|
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 12 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-18a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 39 pages. | ☐ |
| | 13 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-2a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 64 pages. | ☐ |
| | 14 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 204 pages. | ☐ |
| | 15 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 230 pages. | ☐ |
| | 16 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 220 pages. | ☐ |
| | 17 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 245 pages. | ☐ |
| | 18 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 238 pages. | ☐ |
| | 19 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 265 pages. | ☐ |
| | 20 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3o, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 174 pages. | ☐ |
| | 21 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-3p, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 173 pages. | ☐ |
| | 22 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 51 pages. | ☐ |

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) |
|---|---|

| Application Number | 16908322 |
|---|---|
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 23 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 38 pages. | ☐ |
| | 24 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 55 pages. | ☐ |
| | 25 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 39 pages. | ☐ |
| | 26 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 68 pages. | ☐ |
| | 27 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 106 pages. | ☐ |
| | 28 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 55 pages. | ☐ |
| | 29 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-4h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 54 pages. | ☐ |
| | 30 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-5e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 57 pages. | ☐ |
| | 31 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 40 pages. | ☐ |
| | 32 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 94 pages. | ☐ |
| | 33 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 15 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16908322 |
| Filing Date | | 2020-06-22 |
| First Named Inventor | | Donavan Paul POULIN |
| Art Unit | | 2148 |
| Examiner Name | | Cuong V LUU |
| Attorney Docket Number | | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 34 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 22 pages. | ☐ |
| | 35 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 9 pages. | ☐ |
| | 36 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 27 pages. | ☐ |
| | 37 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 8 pages. | ☐ |
| | 38 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 119 pages. | ☐ |
| | 39 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6i, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 127 pages. | ☐ |
| | 40 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6j, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 125 pages. | ☐ |
| | 41 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-6k, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 112 pages. | ☐ |
| | 42 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 83 pages. | ☐ |
| | 43 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7b, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 138 pages. | ☐ |
| | 44 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7c, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 36 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16908322 |
| Filing Date | | 2020-06-22 |
| First Named Inventor | | Donavan Paul POULIN |
| Art Unit | | 2148 |
| Examiner Name | | Cuong V LUU |
| Attorney Docket Number | | WTC1-PAU01bd2n |

| | 45 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7d, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 86 pages. | ☐ |
|---|---|---|---|
| | 46 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7e, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 37 pages. | ☐ |
| | 47 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7f, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 88 pages. | ☐ |
| | 48 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7g, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 38 pages. | ☐ |
| | 49 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit A-7h, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 92 pages. | ☐ |
| | 50 | Wapp Tech Limited Partnership et al., v. JPMorgan Chase ank N.A., P.R. 3-3 and 3-4 Invalidity Contentions: Exhibit B-10a, U.S. District Court for the Eastern District of Texas, Sherman Division, Jun. 21, 2024, 35 pages. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ A certification statement is not submitted herewith.

**FEE**

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

**COPIES**

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-23 |
| --- | --- | --- | --- |
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/ her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

**U.S.PATENTS** [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S.PATENT APPLICATION PUBLICATIONS** [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC 6.1.24

<table>
<tr><td rowspan="7">

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

</td></tr>
</table>

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| 1 | DAMON, Dean et al., Macromedia Studio MX 2004 All-in-One Desk Reference for Dummies, Copyright 2004, Wiley Publishing, Inc., 890 pages (submitted in ten parts). | | ☐ |
| 2 | DAVID, Matthew, Building Great Flash MX Games, (Macromedia, Inc.) 2003 (submitted in four parts) 297 pages. | | ☐ |
| 3 | DE JODE, Martin, Programming Java 2 Micro Edition on Symbian OS: A Developer's Guide to MIDP 2.0 (Wiley) 2004 (submitted in four parts), 500 pages. | | ☐ |
| 4 | FINKELSTEIN, Ellen et al., Macromedia Flash MX 2004 for Dummies, Copyright 2004, Wiley Publishing, Inc., 417 pages (submitted in five parts). | | ☐ |
| 5 | Flash MX 2004 ActionScript Reference Guide Wayback Nov 2003, Macromedia, Inc.- JPMC-00155935 (submitted in seven parts) 790 pages. | | ☐ |
| 6 | Flash MX 2004 Using Components, September 10, 2003, Macromedia, Inc., 682 pages (submitted in six parts). | | ☐ |
| 7 | Flash MX 2004 Using Flash (Macromedia, Inc.), 9/10/2023, 418 pages (submitted in five parts). | | ☐ |
| 8 | GOETZ, Geoffrey L., et al., Mastering JBuilder (Wiley Publishing Inc.), 2003, 599 pages (submitted in seven parts). | | ☐ |
| 9 | HILLERSON, Gary, Palm OS® Programming Development Tools Guide (Palm Computing, Inc.) 1/18/2000 (submitted in four parts). | | ☐ |
| 10 | JBuilder 2005 Developing Mobile Applications, Copyright 1997-2004, Borland Software Corporation 232 pages (submitted in three parts). | | ☐ |
| 11 | JOHNSTON, Craig James et al., Professional BlackBerry (Wiley Publishing Inc.) 2005, 333 pages (submitted in four parts). | | ☐ |

PC 6.1.24

<table>
<tr><td rowspan="7"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16908322</td></tr>
<tr><td>Filing Date</td><td>2020-06-22</td></tr>
<tr><td>First Named Inventor</td><td>Donavan Paul POULIN</td></tr>
<tr><td>Art Unit</td><td>2148</td></tr>
<tr><td>Examiner Name</td><td>Cuong V LUU</td></tr>
<tr><td>Attorney Docket Number</td><td>WTC1-PAU01bd2n</td></tr>
</table>

| | | |
|---|---|---|
| 12 | LAI, Ray, J2EE Platform Web Services, Copyright 2004, Sun Microsystems, Inc., 596 pages (submitted in ten parts). | ☐ |
| 13 | LEETE, Gurdy et al., Macromedia Flash MX For Dummies, Copyright 2002, Wiley Publishing, Inc., 408 pages (submitted in five parts). | ☐ |
| 14 | MAAS, Brian , Using Palm OS® Emulator (Palm Inc.), 2002 or earlier, 238 pages (submitted in three parts). | ☐ |
| 15 | MILROY, Steve, et al., .NET Mobile Web Developer's Guide (Syngress Publishing, Inc.) 2002 (submitted in five parts), 432 pages. | ☐ |
| 16 | Piroumian, Vartan, Wireless J2ME Platform Programming, (Sun Microsystems, Inc.) 2002, 403 pages (submitted in six parts). | ☐ |
| 17 | RHODES, Glen, Macromedia Flash MX 2004 Game Development, Copyright 2004, Charles River Media, Inc., 524 pages (submitted in eight parts). | ☐ |
| 18 | RHODES, Neil et al., Palm OS Programming: The Developers Guide (O'Reilly & Associates, Inc.), 2002, 704 pages (submitted in seven parts). | ☐ |
| 19 | RISCHPATER, Ray, Software Development for the QUALCOMM BREW Platform, 2003, 331 pages (submitted in three parts). | ☐ |
| 20 | WILSON, Greg et al., Palm OS Programmer's Companion, Copyright 1996-2002, PalmSource, Inc. and its affiliates, 416 pages (submitted in six parts). | ☐ |
| 21 | Yu, Jiang, Location-based Services Testing with A Scalable Test Framework, Fall 2005, University of Alberta Library, 197 pages (submitted in 3 parts). | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| EXAMINER SIGNATURE | | | |
| --- | --- | --- | --- |
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

1 See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. 2 Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). 3 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 5 Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ A certification statement is not submitted herewith.

**FEE**

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

**COPIES**

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-18 |
| --- | --- | --- | --- |
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Doc description: Information Disclosure Statement (IDS) Filed

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

## U.S.PATENTS [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

## U.S.PATENT APPLICATION PUBLICATIONS [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

## FOREIGN PATENT DOCUMENTS [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

## NON-PATENT LITERATURE DOCUMENTS [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| 1 | BlackBerry Java Development Environment Version 3.6 Developer Guide – Volume 2 –Advanced Topics, 3/24/2003 or earlier, 188 PAGES. | | ☐ |
| 2 | BlackBerry Java Development Environment Version 3.6 Developer Guide, Volume 1 – Fundamentals, 3/21/2003 or earlier, 248 PAGES. | | ☐ |
| 3 | CARROLL, HYRUM D., "A Trace-Driven Simulator for Palm OS Devices", September 2004, Department of Computer Science Brigham Young University, 63 PAGES. | | ☐ |
| 4 | DEFENDANT JPMORGAN CHASE BANK, N.A.'S INVALIDITY CONTENTIONS PURSUANT TO P.R. 3-3 AND 3-4, (June 21, 2024), Civil Action No. 4:23-cv-01137-ALM, 150 pages. | | ☐ |
| 5 | Flash MX 2004 Getting Started with Flash (Macromedia, Inc.), September 2003, 66 pages. | | ☐ |
| 6 | Flash MX Professional 2004 Flash Lite 1.1 Authoring Guidelines (Macromedia, Inc.), June 2004, 86 PAGES. | | ☐ |
| 7 | Flash MX Tutorials, February 2002, Macromedia, Inc, 90 pages. | | ☐ |
| 8 | Nokia 3650 User Guide (Nokia), 2003, 126 pages (Part1) | | ☐ |
| 9 | Nokia 3650 User Guide (Nokia), 2003, 126 pages (Part2) | | ☐ |
| 10 | Nokia 6630 User Manual, Copyright 2004, Nokia. 105 pages (Part1). | | ☐ |
| 11 | Nokia 6630 User Manual, Copyright 2004, Nokia. 15 pages (Part2). | | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
|---|---|---|
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | 12 | Nokia 6670 User Guide, Copyright 2004, Nokia, 63 pages (Part2). | ☐ |
|---|---|---|---|
| | 13 | Nokia 6670 User Guide, Copyright 2004, Nokia, 68 pages (Part1). | ☐ |
| | 14 | Sony Ericsson K700 User Manual, October 2004, Sony Ericsson, 97 pages. | ☐ |
| | 15 | User's Guide Optimizeit Profiler, Copyright 1997-2004, Borland Software Corporation, 52 PAGES. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

[ ]    That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

[ ]    That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

[ ]    See attached certification statement.

[X]    A certification statement is not submitted herewith.

### FEE

[ ]    The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

[ ]    An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-10 |
| --- | --- | --- | --- |
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS    [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    [Add]

### U.S.PATENT APPLICATION PUBLICATIONS    [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    [Add]

### FOREIGN PATENT DOCUMENTS    [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    [Add]

### NON-PATENT LITERATURE DOCUMENTS    [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
|---|---|---|
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| 1 | BARTON, John J., et al., "UBIWISE, A Simulator for Ubiquitous Computing Systems Design", (HP Laboratories Palo Alto), 4/29/2003, 18 pages. | ☐ |
| 2 | BlackBerry Java Development Environment Version 3.6 Developer Guide – Volume 2 – Advanced Topics    3/24/2003 or earlier, 188 pages. | ☐ |
| 3 | BlackBerry Java Development Environment Version 4.0, 11/26/20004 or earlier, 12 pages. | ☐ |
| 4 | BlackBerry Simulator Version 3.6 User Guide (Research in Motion Ltd.), 4/10/2003 or earlier, 28 pages. | ☐ |
| 5 | Borland® JBuilder® 2005 Feature Matrix, 2004, 32 pages. | ☐ |
| 6 | BREW® and J2METM: A Complete Solution for Operators Committed to JavaTM," (QUALCOMM Incorporated) 2003, 13 pages. | ☐ |
| 7 | Cignetti, Todd L. , et al., Energy Estimation Tools for the Palm™ (Department of Computer Science, Duke University), 2000, 8 PAGES. | ☐ |
| 8 | Flash MX Professional 2004 Flash Lite Authoring Guidelines for the i-mode Service by NTT DoCoMo (Macromedia, Inc.), March 2003, 48 pages. | ☐ |
| 9 | Flash MX Professional 2004 Flash Lite User Guide (Macromedia, Inc.) August 2003, 22 PAGES. | ☐ |
| 10 | Getting Started With C++ SDKs and Symbian Development (Pearson), 7/23/2004, 2 PAGES. | ☐ |
| 11 | Kapica, Jack, MGI PhotoSuite Mobile Edition 6/19/2001, 3 pages. | ☐ |

PC 6.1.24

| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) |
|---|---|---|

| Application Number | 16908322 |
|---|---|
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 12 | LoadRunner Analysis User's Guide, Version 7.8 (Mercury Initiative), 2003, 416 pages. | ☐ |
| | 13 | LoadRunner Controller User's Guide, Version 7.8 (Mercury Initiative)    2003, (Part 1 of 2) 359 PAGES. | ☐ |
| | 14 | LoadRunner Controller User's Guide, Version 7.8 (Mercury Initiative)    2003, (Part 2 of 2) 383 PAGES. | ☐ |
| | 15 | LoadRunner Creating Vuser Scripts, Version 7.8 (Mercury Initiative), 2003 (Part 1 of 2), 500 pages. | ☐ |
| | 16 | LoadRunner Creating Vuser Scripts, Version 7.8 (Mercury Initiative), 2003 (Part 2 of 2), 500 pages. | ☐ |
| | 17 | LoadRunner Installation Guide, Version 7.8 (Mercury Initiative), 2003, 78 pages. | ☐ |
| | 18 | MAHMOUD, Qusay H., "Learning Wireless Java", 2002, O'Reilly & Associates, Inc., California, 266 pages. | ☐ |
| | 19 | New Nokia Smartphone with Megapixel Camera (Phys.org)    9/22/2004, 2 PAGES. | ☐ |
| | 20 | NIKKARINEN, Sami et al., "COSIME: Real-life Cellular Network on the Desktop", Proceedings of the Joint International Conference on Autonomic and Autonomous Systemsand International Conference on Networking and Services (ICAS/ICNS 2005), 6 pages. | ☐ |
| | 21 | Perry, Bill, New Features for Mobile and Devices Developers in Macromedia Flash MX Professional (Macromedia, Inc.) September 9, 2003 or earlier | ☐ |
| | 22 | Series 60 - Release Note for Series 60 2nd Edition SDK for Symbian OS, Supporting Feature Pack 3 (Nokia Corporation), 6/17/2005, 5 pages. | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | 23 | Series 60 2nd Edition SDK for Symbian OS, Supporting Feature Pack 3: Graphical User Interface (Nokia Corporation), 2005, 7 pages. | ☐ |
| | 24 | Starting with Brew (QUALCOMM Incorporated), 4/27/2004 or earlier, (Part 1 of 2) 43 pages. | ☐ |
| | 25 | Starting with Brew (QUALCOMM Incorporated), 4/27/2004 or earlier, (Part 2 of 2) 43 pages. | ☐ |
| | 26 | Starting with BREW Wayback screenshot, May 29, 2004, Qualcomm | ☐ |
| | 27 | Twist and Shoot: Nokia N90      April 27, 2005     Phys.org, 3 pages. | ☐ |
| | 28 | Wayback Machine - Getting Started with BREW, May 27, 2005, Qualcomm, 2 PAGES. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ A certification statement is not submitted herewith.

### FEE

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-01 |
|---|---|---|---|
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

### U.S.PATENTS  Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.  Add

### U.S.PATENT APPLICATION PUBLICATIONS  Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  Add

### FOREIGN PATENT DOCUMENTS  Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button  Add

### NON-PATENT LITERATURE DOCUMENTS  Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 1 | BARTON, John J., et al., "UBIWISE, A Simulator for Ubiquitous Computing Systems Design", (HP Laboratories Palo Alto), 4/29/2003, 18 pages. | ☐ |
| | 2 | BlackBerry Java Development Environment Version 3.6 Developer Guide – Volume 2 – Advanced Topics    3/24/2003 or earlier, 188 pages. | ☐ |
| | 3 | BlackBerry Java Development Environment Version 4.0, 11/26/20004 or earlier, 12 pages. | ☐ |
| | 4 | BlackBerry Simulator Version 3.6 User Guide (Research in Motion Ltd.), 4/10/2003 or earlier, 28 pages. | ☐ |
| | 5 | Borland® JBuilder® 2005 Feature Matrix, 2004, 32 pages. | ☐ |
| | 6 | BREW® and J2METM: A Complete Solution for Operators Committed to JavaTM," (QUALCOMM Incorporated) 2003, 13 pages. | ☐ |
| | 7 | Cignetti, Todd L. , et al., Energy Estimation Tools for the Palm™ (Department of Computer Science, Duke University), 2000, 8 PAGES. | ☐ |
| | 8 | Flash MX Professional 2004 Flash Lite Authoring Guidelines for the i-mode Service by NTT DoCoMo (Macromedia, Inc.), March 2003, 48 pages. | ☐ |
| | 9 | Flash MX Professional 2004 Flash Lite User Guide (Macromedia, Inc.) August 2003, 22 PAGES. | ☐ |
| | 10 | Getting Started With C++ SDKs and Symbian Development (Pearson), 7/23/2004, 2 PAGES. | ☐ |
| | 11 | Kapica, Jack, MGI PhotoSuite Mobile Edition 6/19/2001, 3 pages. | ☐ |

PC 6.1.24

<table>
<tr><td rowspan="6">

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
**( Not for submission under 37 CFR 1.99)**

</td><td>Application Number</td><td>16908322</td></tr>
<tr><td>Filing Date</td><td>2020-06-22</td></tr>
<tr><td>First Named Inventor</td><td>Donavan Paul POULIN</td></tr>
<tr><td>Art Unit</td><td>2148</td></tr>
<tr><td>Examiner Name</td><td>Cuong V LUU</td></tr>
<tr><td>Attorney Docket Number</td><td>WTC1-PAU01bd2n</td></tr>
</table>

| | 12 | LoadRunner Analysis User's Guide, Version 7.8 (Mercury Initiative), 2003, 416 pages. | ☐ |
|---|---|---|---|
| | 13 | LoadRunner Controller User's Guide, Version 7.8 (Mercury Initiative)    2003, (Part 1 of 2) 359 PAGES. | ☐ |
| | 14 | LoadRunner Controller User's Guide, Version 7.8 (Mercury Initiative)    2003, (Part 2 of 2) 383 PAGES. | ☐ |
| | 15 | LoadRunner Creating Vuser Scripts, Version 7.8 (Mercury Initiative), 2003 (Part 1 of 2), 500 pages. | ☐ |
| | 16 | LoadRunner Creating Vuser Scripts, Version 7.8 (Mercury Initiative), 2003 (Part 2 of 2), 500 pages. | ☐ |
| | 17 | LoadRunner Installation Guide, Version 7.8 (Mercury Initiative), 2003, 78 pages. | ☐ |
| | 18 | MAHMOUD, Qusay H., "Learning Wireless Java", 2002, O'Reilly & Associates, Inc., California, 266 pages. | ☐ |
| | 19 | New Nokia Smartphone with Megapixel Camera (Phys.org)    9/22/2004, 2 PAGES. | ☐ |
| | 20 | NIKKARINEN, Sami et al., "COSIME: Real-life Cellular Network on the Desktop", Proceedings of the Joint International Conference on Autonomic and Autonomous Systemsand International Conference on Networking and Services (ICAS/ICNS 2005), 6 pages. | ☐ |
| | 21 | Perry, Bill, New Features for Mobile and Devices Developers in Macromedia Flash MX Professional (Macromedia, Inc.) September 9, 2003 or earlier | ☐ |
| | 22 | Series 60 - Release Note for Series 60 2nd Edition SDK for Symbian OS, Supporting Feature Pack 3 (Nokia Corporation), 6/17/2005, 5 pages. | ☐ |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16908322 |
| Filing Date | 2020-06-22 |
| First Named Inventor | Donavan Paul POULIN |
| Art Unit | 2148 |
| Examiner Name | Cuong V LUU |
| Attorney Docket Number | WTC1-PAU01bd2n |

| | | | |
|---|---|---|---|
| | 23 | Series 60 2nd Edition SDK for Symbian OS, Supporting Feature Pack 3: Graphical User Interface (Nokia Corporation), 2005, 7 pages. | ☐ |
| | 24 | Starting with Brew (QUALCOMM Incorporated), 4/27/2004 or earlier, (Part 1 of 2) 43 pages. | ☐ |
| | 25 | Starting with Brew (QUALCOMM Incorporated), 4/27/2004 or earlier, (Part 2 of 2) 43 pages. | ☐ |
| | 26 | Starting with BREW Wayback screenshot, May 29, 2004, Qualcomm | ☐ |
| | 27 | Twist and Shoot: Nokia N90      April 27, 2005     Phys.org, 3 pages. | ☐ |
| | 28 | Wayback Machine - Getting Started with BREW, May 27, 2005, Qualcomm, 2 PAGES. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| --- | --- | --- |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket  Number | WTC1-PAU01bd2n |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ A certification statement is not submitted herewith.

**FEE**

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

**COPIES**

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

**SIGNATURE**

 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-01 |
| --- | --- | --- | --- |
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

### Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5809282 | A | 1998-09-15 | Cooper et al. | |
| | 2 | 6442615 | B1 | 2002-08-27 | Nordenstam et al. | |
| | 3 | 7774440 | B1 | 2010-08-10 | Bagrodia et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20050047556 | A1 | 2005-03-03 | Somerville, Mark E. et al. | |
| | 2 | 20050108379 | A1 | 2005-05-19 | Gray, Eric W. et al. | |
| | 3 | 20060009159 | A1 | 2006-01-12 | Leung | |

PC 6.1.24

<table>
<tr><td rowspan="3"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16908322</td></tr>
</table>

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99) | Application Number | 16908322 |
| | Filing Date | 2020-06-22 |
| | First Named Inventor | Donavan Paul POULIN |
| | Art Unit | 2148 |
| | Examiner Name | Cuong V LUU |
| | Attorney Docket Number | WTC1-PAU01bd2n |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 20060069544 | A1 | 2006-03-30 | Liu et al. | | |
| 5 | 20060072628 | A1 | 2006-04-06 | Liu et al. | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*EXAMINER:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

PC 6.1.24

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number / 16908322 |
| | Filing Date / 2020-06-22 |
| | First Named Inventor / Donavan Paul POULIN |
| | Art Unit / 2148 |
| | Examiner Name / Cuong V LUU |
| | Attorney Docket Number / WTC1-PAU01bd2n |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

[ ] That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

[x] That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

[ ] See attached certification statement.

[ ] A certification statement is not submitted herewith.

### FEE

[ ] The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

[ ] An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /VIC LIN/ | Date (YYYY-MM-DD) | 2024-07-01 |
|---|---|---|---|
| Name/Print | VIC LIN | Registration Number | 43754 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.