IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A. <br><br> Defendant. | Civil Action No. 4:23-cv-01137-ALM <br><br> JURY TRIAL DEMANDED <br><br> ▇▇▇▇▇▇▇ |

**DEFENDANT JPMORGAN CHASE BANK'S
ADDITIONAL ▇▇▇▇ EXHIBITS TO REPLY IN
SUPPORT OF OPPOSED MOTION FOR LEAVE TO FILE
<u>FIRST AMENDED ANSWER AND COUNTERCLAIMS</u>**

i