**To remove a Drag and Drop object:**

1  Select the Drag and Drop instance that you want to remove, and delete it from the Stage.

2  Select the Drag and Drop component (to the left of the Stage in the quiz template), then display the Component Inspector panel by opening it from the Property inspector, if necessary.

3  Remove the deleted object's instance name from the appropriate column in the Component Inspector panel.

## Configuring a Fill in the Blank interaction

The Fill in the Blank interaction uses a question text field, a user entry text field, a control button, and a feedback text field.

**To set up a Fill in the Blank interaction:**

1  If you are not using a quiz template, place the learning interaction on the Stage. If you are using a quiz template, select the frame on the Interactions layer that contains the Fill in the Blank interaction. (Frame 3, if you have not added or removed keyframes.)

2  Break the movie clip apart (Modify > Break Apart), display the Component Inspector panel, and then type the interaction ID and the question. See "Configuring a Learning Interaction component" on page 354.

3  In the Component Inspector panel, do one of the following to enter one to three possible correct answers:



- Type the text for the responses that the user can enter that are considered correct responses. Select the Correct option to the right of the correct responses.

- To set up the interaction to accept all responses except those you type, enter the invalid responses in the list and deselect the Correct option to the right of them. Then select the Other Responses option, to indicate that all other responses are correct.

JPMC-00157959

4  Specify whether the matching responses are valid only if they match the case of the text you entered (by selecting Case Sensitive) or if they are valid regardless of the capitalization the user enters (by deselecting Case Sensitive).

5  Specify whether the matching response must be an exact match. If you select Exact Match, a correct response matches only if the user enters the text exactly as it appears in your response. With Exact Match deselected, an answer will be evaluated as correct if it contains the correct word. For example, if the answer is zebra and the user enters **striped zebra**, the answer is considered correct. This feature does not work if the correct answer is more than one word.

## Configuring a Hot Object interaction

The Hot Object interaction accepts one to eight hot objects. The default sample uses six hot objects.

**To configure a Hot Object interaction:**

1  If you are not using a quiz template, place the learning interaction on the Stage. If you are using a quiz template, select the frame on the Interactions layer that contains the Hot Object interaction. (Frame 5, if you have not added or removed keyframes.)

2  Break the movie clip apart (Modify > Break Apart), display the Component Inspector panel, and then type the interaction ID and the question. See "Configuring a Learning Interaction component" on page 354.



3  For each object, select or deselect the Correct option to specify whether the object is considered a correct or incorrect response when the user clicks it. You can have multiple correct selections.

4  Select each instance of the Hot Object interaction on the Stage (you can delete the placeholder instances and place your own movie clip instances on the Stage). Use the Property inspector to give each instance the same instance name that you specified in the Component Inspector panel.

JPMC-00157960

## Adding and removing hot object distractors

You can change the default number of six distractors (choices) by adding additional distractors or deleting existing distrators. You can include from one to eight hot object distractors in a Hot Object learning interaction.

**To add a hot object distractor:**

1 Create a movie clip symbol containing the graphics for the hot object distractor. For example, if you have an interaction that has six types of fruit, and you want to add a seventh choice, create a graphic of the seventh fruit and place it in the library.

2 Select the Hot Object component on the Stage, then drag the symbol from the Library panel to the Stage.

3 In the Property inspector, name the instance. See "Naming and registering graphic distractors" on page 370.

4 Add the instance name to the Component Inspector panel for the hot object.

The component does the rest of the work for you at runtime.

**To remove a hot object distractor:**

1 Select the Hot Object movie clip instance that you want to remove, and delete it from the Stage.

2 Select the Hot Object component (to the left of the Stage in the quiz template), then display the Component Inspector panel by opening it from the Property inspector, if necessary.

3 Remove the deleted object's instance name from the list in the Component Inspector panel.

## Configuring a Hot Spot interaction

The Hot Spot learning interaction sets up an interaction in which the user responds by clicking an object (or objects) onscreen.



*An example of a hot spot interaction created with the quiz template*

JPMC-00157961

**To configure a Hot Spot interaction:**

1  If you are not using a quiz template, place the learning interaction on the Stage. If you are using a quiz template, select the frame on the Interactions layer that contains the Hot Spot interaction. (Frame 5, if you have not added or removed keyframes.)

2  Break the movie clip apart (Modify > Break Apart), display the Component Inspector panel, and then type the interaction ID and the question. See "Configuring a Learning Interaction component" on page 354.

3  For each hot area, select or deselect the Correct option to specify whether the object is considered a correct or incorrect response when the user clicks it. You can select multiple correct answers.

4  If needed, enter a value for Up State Alpha. This sets the default transparency of the hot spots on the Stage—that is, the transparency before you click an area. To create completely transparent hot spots, enter 0 in the Up State Alpha text box.

5  If needed, enter a value for Down State Alpha. This sets the transparency of the hot spots when they are selected. This setting may vary depending on the graphics in your document. You might want to use it to give users visual feedback after they have successfully clicked a hot spot.

6  You can delete the placeholder instances on the Stage. Place your movie clips on the Stage and use the Property inspector to give each movie clip the same instance name that you specified in the Component Inspector panel.

## Adding and removing hot spot distractors

You can include from one to eight distractors (choices) in a Hot Spot learning interaction. You can change the default number of six distractors by adding additional distractors or deleting existing distractors.

In general, you'll be placing the hot spot distractors over another graphic that the user is really intended to see. You may want to make your hot spot assets semi-invisible during authoring to visualize this. You can do this by turning the alpha effect setting down on each hot spot. This setting is overridden by the interaction scripts at runtime.

**To add a hot spot distractor:**

1  Create a movie clip symbol containing the graphics for the distractor object. For example, if you have an image that will have six hot spots, and you want to add a seventh choice, create a movie clip of the seventh graphic and place it in the library.

2  Select the Hot Spot component on the Stage, then drag the symbol from the Library panel to the Stage.

3  In the Property inspector, name the instance. See "Naming and registering graphic distractors" on page 370.

4  Add the instance name to the Component Inspector panel for the hot spot.

The component does the rest of the work for you at runtime.

**To remove a hot spot distractor:**

1  Select the hot spot instance that you want to remove, and delete it from the Stage.

2  Select the Hot Spot component (to the left of the Stage in the quiz template), then display the Component Inspector panel (Window > Development Panels > Component Inspector).

3  Remove the deleted object's instance name from the list in the Component Inspector panel.

JPMC-00157962

## Configuring a Multiple Choice interaction

In a Multiple Choice interaction, the user responds to a question with multiple answers; either just one answer or several answers can be correct.

**To configure a Multiple Choice interaction:**

1 If you are not using a quiz template, place the learning interaction on the Stage. If you are using a quiz template, select the frame on the Interactions layer that contains the Multiple Choice interaction. (Frame 6, if you have not added or removed keyframes.)

2 Break the movie clip apart (Modify > Break Apart), display the Component Inspector panel, and then type the interaction ID and the question. See "Configuring a Learning Interaction component" on page 354.

3 Type the possible responses for the interaction (A–E).

**Note:** You do not need to provide five responses. You can delete a response, but be sure to replace it or move any following responses up to the previous text box, if necessary, so that there are no blank text boxes between responses.

4 Select or deselect the Correct option to specify whether each response is considered correct or incorrect. You can have multiple correct answers.

## Adding and removing multiple-choice distractors

You can include from one to eight distractors (choices) in a Multiple Choice learning interaction. You can change the default number of six distractors by adding additional distractors or deleting existing distrators.

**To add a multiple-choice distractor:**

1 Select the frame with the Multiple Choice learning interaction in the Timeline.

2 Open the Flash UI Components folder in the Library panel (Window > Library) and drag a CheckBox component to the Stage.

3 In the Property inspector, name the instance. See "Naming and registering graphic distractors" on page 370.

4 Add the instance name to the Component Inspector panel for the multiple-choice distractor.

The component does the rest of the work for you at runtime.

**To remove a multiple-choice distractor:**

1 Select the CheckBox instance that you want to remove, and delete it from the Stage.

2 Select the Multiple Choice component (to the left of the Stage in the quiz template), then display the Component Inspector panel (Window > Development Panels > Component Inspector).

3 Remove the deleted object's instance name from the list in the Component Inspector panel.

JPMC-00157963

## Configuring a True or False interaction

In a True or False interaction, the user responds with an answer of either True or False.

### To configure a True or False interaction:

1  If you are not using a quiz template, place the learning interaction on the Stage. If you are using a quiz template, select the frame on the Interactions layer that contains the True or False interaction. (Frame 7, if you have not added or removed keyframes.)

2  Break the movie clip apart (Modify > Break Apart), display the Component Inspector panel, and then type the interaction ID and the question. See "Configuring a Learning Interaction component" on page 354.

3  In the Question text box, type the text of the question you want to ask the user.

4  Select Correct to specify which answer, True or False, is the correct response for the interaction. If you want, you can change these responses to Correct or Incorrect by changing the text of the distractors. For example, you could type **A. Correct** and **B. Incorrect** in the Distractors text boxes.

## True or False interaction distractors

The True or False interaction includes a question text field, two RadioButton components, a control button, and a feedback text field. There are no other distractor options to configure.

# Adding, naming, and registering assets

Each Flash learning interaction consists of the following assets:

- An interaction component
- Dynamic text fields
- Distractor elements
- User interface (UI) components

The collection of assets for each interaction type is stored within movie clip symbols in the library. These movie clips are intended to provide mobility for the assets so they can be copied to keyframes or among files. The movie clips are only intended to be containers and are not necessary to make the interaction work.

If you have experience handling and naming graphics, you can enter your own instance names for the graphic assets on the Stage. You do not need to use the movie clip containers or the templates—instead, you may add your own assets to the Stage, add a Learning Interaction component to the Stage, then register the assets' instance names in the Component Inspector panel for the interaction.

Keep in mind the following about naming assets:

- Interaction components do not need to be named.
- UI components need to have unique names for similar interaction types.
- Each graphic distractor (Drag object, Target object, hot spot, and hot object) must have a unique instance name.
- Text fields can share the same instance names across multiple interactions.

Once you have named the assets on the Stage, it's important to register those names in the Component Inspector panel for the learning interaction so that the scripts can control the assets.

JPMC-00157964

## About naming Learning Interaction component instances

Every interaction has an interaction component associated with it to configure its unique parameters. These components do not need to be named.

## Naming UI components (RadioButton, CheckBox, Button, and TextInput)

When you use similar interaction types, you need to give each UI component a unique name. For example, if you create two Multiple Choice interactions, the second interaction requires unique instance names for the CheckBox and the Button components. These new instance names need to be registered in the Component Inspector panel for the learning interaction.

### To name a UI component:

1 Select the UI component instance on the Stage.

2 In the Property inspector, type a name in the Instance Name text box.

3 Register the name in the Component Inspector panel for the interaction (see "Registering dynamic text fields and UI components" on page 369).

## Naming dynamic text fields

If you have more than one of any type of learning interaction in a quiz—for example, if you have two Drag and Drop learning interactions—the objects in each learning interaction must have unique names. These new unique instance names need to be registered in the Component Inspector panel for the learning interaction. See "Registering dynamic text fields and UI components" on page 369.

### To name a dynamic text field:

1 Select the dynamic text field on the Stage.

2 In the Property inspector, type a name in the Instance Name text box.

   **Note:** Make sure to enter the instance name and not the variable name in the Property inspector.

3 Register the name in the Component Inspector panel (see the next section).

## Registering dynamic text fields and UI components

After you have entered the instance name for a dynamic text field or Button component in the Property inspector, you need to register the instance in the Component Inspector panel for the interaction.

### To register dynamic text fields and Button components:

1 Select the Learning Interaction component (to the left of the Stage in the quiz template), and open the Component Inspector panel, if necessary, from the Property inspector.

2 Click Assets, at the bottom of the panel.

3 Enter the name in the appropriate instance name text box.

JPMC-00157965

## Naming and registering graphic distractors

Graphic distractors such as Drag objects, Target objects, hot spots, and hot objects must be named uniquely across all interactions. This means that in a file with two Drag and Drop interactions, each containing four Drag objects, each of the eight Drag objects in the file must be named uniquely. For example, the Drag objects in the first interaction could be named Drag 1, Drag 2, Drag 3, and Drag 4, and the Drag objects in the second interaction could be named Drag A, Drag B, Drag C, and Drag D. This ensures that the scripts work properly and the interactions behave as intended.

**To name graphic distractors:**

1   Make sure that the objects on the Stage are instances of learning interactions or movie clip symbols.

2   Select an object on the Stage—for example, a Target object.

3   In the Property inspector, type a name in the Instance Name text box.

4   Repeat steps 1–3 for each object on the Stage.

5   Register the names (see the following procedure).

> **Note:** A sequential naming scheme is usually the easiest to work with—for example, Drag1, Drag2, Drag3, and so on.

**To register a distractor instance name:**

1   Select the Learning Interaction component (to the left of the Stage in the quiz template), and open the Component Inspector panel from the Property inspector, if necessary.

2   Enter the name in the Component Inspector panel, under Instance Name.

## Text field names

Text fields can share the same names from interaction to interaction. That means that the question text field in interaction 1 can be named the same as the question text field in interaction 2, and so on. These names need to be registered with the interaction components, as do all assets names (see "Registering dynamic text fields and UI components" on page 369).

## Asset name defaults

The assets supplied in the movie clip interaction containers are prenamed with the instance names listed in the following tables.

## Drag and Drop learning interaction asset names

| Asset | Description | Object type | Instance name |
|---|---|---|---|
| Question text field | Holds question text | Dynamic text field | Template_Question |
| Feedback text field | Holds feedback text | Dynamic text field | Template_Feedback |
| Control button | Submits user response and controls navigation | Flash UI Button component | Template_ControlButton |
| Reset button | Resets Drag objects | Flash UI Button component | Template_ResetButton |

JPMC-00157966

| Asset | Description | Object type | Instance name |
| --- | --- | --- | --- |
| 1-8 Drag objects | Drag object distractors | Movie clip symbol | Drag1 – Drag8 |
| 1-8 Target objects | Targets for Drag objects | Movie clip symbol | Target1 – Target8 |

## Fill in the Blank learning interaction asset names

| Asset | Description | Object type | Instance name |
| --- | --- | --- | --- |
| Question text field | Holds question text | Dynamic text field | Template_Question |
| Feedback text field | Holds feedback text | Dynamic text field | Template_Feedback |
| User entry field | User types answer into this text field | Flash UI TextInput component | Template_UserEntry |
| Control button | Submits user response and controls navigation | Flash UI Button component | Template_ControlButton |

## Hot Object learning interaction asset names

| Asset | Description | Object type | Instance name |
| --- | --- | --- | --- |
| Question text field | Holds question text | Dynamic text field | Template_Question |
| Feedback text field | Holds feedback text | Dynamic text field | Template_Feedback |
| Control button | Submits user response and controls navigation | Flash UI Button component | Template_ControlButton |
| Reset button | Resets hot object distractors | Flash UI Button component | Template_ResetButton |
| 1-8 hot objects | Hot object distractors | Movie clip symbol | HotObject1 - 8 |

## Hot Spot learning interaction asset names

| Asset | Description | Object type | Instance name |
| --- | --- | --- | --- |
| Question text field | Holds question text | Dynamic text field | Template_Question |
| Feedback text field | Holds feedback text | Dynamic text field | Template_Feedback |
| Control button | Submits user response and controls navigation | Flash UI Button component | Template_ControlButton |
| Reset button | Resets hot spot distractors | Flash UI Button component | Template_ResetButton |
| 1-8 hot spots | Hot spot distractors | Movie clip symbol | HotSpot1 - 8 |

JPMC-00157967

## Multiple Choice learning interaction asset names

| Asset | Description | Object type | Instance name |
|---|---|---|---|
| Question text field | Holds question text | Dynamic text field | Template_Question |
| Feedback text field | Holds feedback text | Dynamic text field | Template_Feedback |
| Control button | Submits user response and controls navigation | Flash UI Button component | Template_ControlButton |
| 3-8 check boxes | Check box distractors | Flash UI CheckBox component | Checkbox1-8 |

## True or False learning interaction asset names

| Asset | Description | Object type | Instance name |
|---|---|---|---|
| Question text field | Holds question text | Dynamic text field | Template_Question |
| Feedback text field | Holds feedback text | Dynamic text field | Template_Feedback |
| Control button | Submits user response and controls navigation | Flash UI Button component | Template_ControlButton |
| 2 radio buttons | True or false radio button distractors | Flash UI RadioButton component | Template_Radio1, Template_Radio2 |

# Setting feedback options for a learning interaction

Feedback options control the text that the user sees before and while responding to an interaction.

**To set feedback options for an interaction:**

1 Select the interaction component, to the left of the Stage in the quiz template.

2 If the Component Inspector panel is not already visible, open it from the Property inspector; then click Options, at the bottom of the panel.

3 Select Feedback if you want the interaction to present comments to users before and after they submit a response. Then, enter a comment for the following:

- For Tries, enter the number of tries that a user is given to provide a correct response.

- For Initial Feedback, enter the feedback that appears before the user has interacted with the quiz—for example, **Click an object and drag it to the matching object.**

- For Correct Feedback, enter the feedback that appears if the user's response is correct—for example, **Yes, that is correct.**

- For Incorrect Feedback, enter the feedback that appears if the user's response is incorrect and tries is set to 1—for example, **No, that is incorrect.**

- For Additional Tries, enter the feedback that appears if the user's response is incorrect and tries is set to more than 1—for example, **No, that is incorrect. Try again.**

*Note:* Users are allowed one try only for the True or False learning interaction, so there is no Additional Tries field for that interaction.

JPMC-00157968

# Setting Knowledge Track options for a learning interaction

Knowledge Track is an automatic data-tracking feature that allows you to transmit student performance data to a learning management system (LMS), such as Lotus LearningSpace, or to other back-end tracking systems. Knowledge Track works with both AICC- and SCORM-compliant LMS's. Knowledge Track captures and/or stores student information internal to the Flash application and transmits that data to an HTML page.

To successfully send data to a tracking system, you must embed the SWF file containing your learning interactions into an HTML page SWF file and select the HTML template in publish settings for either Flash with AICC Tracking or Flash with SCORM Tracking. To support AICC-compliant LMS's, the HTML that embeds the SWF file needs to be part of a frameset. See "Preparing Flash learning interactions for web hosting" on page 376.

The tracking data captured and transmitted by Knowledge Track is based on an industry standard for courseware-to-tracking-system communications, the AICC (Aviation Industry CBT Committee) specification version 2. This standard specifies the following data elements for each interaction.

You can set values for these data elements using the Component Inspector panel for an interaction:

- InteractionID
- ObjectiveID
- Weighting

Other data elements are automatically set or calculated:

- Question Type
- Correct Response
- User Response
- Result
- Date/Time
- Latency

JPMC-00157969

**To set Knowledge Track options for an interaction:**

1  Select the Learning Interaction component, to the left of the Stage in the quiz template.

2  If the Component Inspector panel is not already visible, open it from the Property inspector; then click Options, at the bottom of the panel.

3  Select Knowledge Track if you are using the learning interaction in a document created using a quiz template and you want the learning interaction to send data to a server-side learning management database.

4  Enter a name in the Objective ID text box to specify an objective for the interaction.

   This is an optional parameter. If the interaction is related to an objective that is set up in the LMS, enter that Objective ID in this text box. Tracking still works if you leave the Objective ID text box blank.

5  Specify the Weighting value for the interaction. The quiz templates use this parameter to calculate the score in the Results page. The default value is 1.

   Weighting indicates the relative importance of a question. You can enter any numeric value. If all learning interactions have a weight of 1, they are all scored equally. A weight of 2 counts twice as much as a weight of 1 and half as much as a weight of 4. For example, you can give advanced questions a weight of 3 and beginning-level questions a weight of 1.

## Setting navigation options for a learning interaction

Documents created using the quiz templates have built-in navigation; be sure to turn Navigation off if you're using a quiz template. For documents that do not use the quiz template, you can set navigation options that display a Next Question button in your document.

**To set navigation options for an interaction:**

1  Select the Learning Interaction component, to the left of the Stage in the quiz template.

2  If the Component Inspector panel is not already visible, open it from the Property inspector. Then click Options, at the bottom of the panel.

3  Under Navigation, specify how the interaction proceeds after the user submits a response for this interaction:

   ■  Select Off to disable navigation. Select this option if you are using the quiz templates, because the templates include their own navigation.

   ■  Select Next Button to require that the user click a Next button after submitting a response. In the GoTo Action field, select either Stop or Play. The Next button is a Button component that you can use with stand-alone interactions independent of the quiz template.

      If you want to navigate to a labeled frame instead of the next frame, enter a frame label in the GoTo Label text box.

      The default text for the Next button is Next Question. If you want to change the text, see "Setting control button labels for a learning interaction" on page 375.

   ■  Select Auto GoTo Next Frame to have the interaction proceed to the next frame after the user submits a response.

      If Feedback is deselected and Knowledge Track is selected, the Auto GoTo Next Frame feature can be enabled. This feature submits a score after evaluation and immediately navigates to the next frame for the next interaction.

      **Note:** If Feedback is selected or Knowledge Track is deselected, Auto GoTo Next Frame is reset to Next Button and an error message appears in the Output window.

JPMC-00157970

## Setting control button labels for a learning interaction

All six types of interactions use an instance of the same control buttons: Check Answer, Submit, Next Question, and Reset. The only exception to this is the True/False Interaction, which does not use a Reset button. You can change the label for the instance of each button using the Component Inspector panel.

**To change the label for an instance of a control button:**

1  Select the Learning Interaction component, to the left of the Stage in the quiz template.

2  If the Component Inspector panel is not already visible, open it from the Property inspector; then click Assets, at the bottom of the panel.

3  Edit the label name under Control Button Labels.

4  Select Control > Test Movie to view the new labels on the buttons

# Tracking to AICC- or SCORM-compliant learning management systems (LMS's)

The Flash learning interactions and quiz templates allow easy communication with both AICC- and SCORM-compliant LMS's. The code built into both the Flash documents and the corresponding HTML/JavaScript files send properly formatted data to the LMS. The stand-alone interactions send question data, while the quiz templates track the score and time spent overall.

Because of differences between the two tracking standards (AICC and SCORM), there are differences in the compliance of the files created using the Flash learning interactions and the quiz templates.

To be SCORM-compliant, content must call an initialize command when it is first started, or before any other tracking commands are sent to the LMS. The Flash with SCORM HTML template was designed to initialize communication with a SCORM-compliant LMS when the file is loaded. It also sends a finish communication to the LMS when the file is unloaded, if the finish command wasn't explicitly sent previously.

The files created using both the Flash learning interactions and the quiz templates can send tracking data to an AICC- and SCORM-compliant LMS. Individual interactions do not send overall score and tracking data, but they can send interaction or question data.

Files created by using the quiz templates to comply with either AICC or SCORM standards do not read data from the LMS into the Flash file.

## Overview of the communication for AICC- and SCORM-compliant content

The following provides a brief overview of what a student experiences when completing a quiz, along with hidden steps that are not exposed to the student.

JPMC-00157971

## AICC communication overview

When a student takes an AICC-compliant quiz, the following events occur:

1  The LMS is opened.

2  The student logs in to the LMS.

3  The student navigates through the course structure to find an assignable unit (AU). In this case, assume it's a Flash quiz, built using a Flash quiz template.

4  The student starts the Flash content (the quiz).

5  The content is located on a web server, for example, http://myserver/flashcontent.htm. To track properly, the Flash file needs to be embedded in the Flash AICC tracking frameset. See "Preparing Flash learning interactions for web hosting" on page 376.

   **Note:** Communication with the LMS, and data tracking, is not exposed to your user.

6  The LMS creates two parameters that are appended to the end of the URL: AICC_URL and AICC_SID. The final URL when the content is launched looks something like the following:

```
http://myserver/flashcontent.htm?AICC_URL=http://mylmsserver/
   trackingurl.asp&AICC_SID=12345
```

7  The student progresses through the quiz.

8  The Flash learning interaction sends the tracking data to the LMS through the HTML/JavaScript tracking files. The tracking data is sent when the student answers a question or progresses to the next page.

## SCORM communication overview

When a student takes an SCORM-compliant quiz, the following events occur:

1  The LMS is initialized.

2  The student logs in to the LMS.

3  The student starts a quiz built using a Flash quiz template.

4  The content is embedded in the Flash/SCORM HTML template, which is opened in a SCORM-compliant frameset.

   **Note:** This is not exposed to the user.

   The LMS is responsible for creating the SCORM-compliant frameset, which includes all the necessary functions to communicate back to the LMS.

5  The student progresses through the quiz.

6  The Flash file sends the tracking data to the LMS through the HTML/JavaScript tracking files.

## Preparing Flash learning interactions for web hosting

In order for web users to be able to see your Flash application, you need to embed it into a web page. The steps to prepare AICC- and SCORM-compliant files for web hosting are slightly different and are covered in the following two sections.

JPMC-00157972

## Preparing an AICC-compliant learning interaction for web hosting

To send tracking data to an AICC-compliant LMS, you need to enable tracking for the quiz and then publish the Flash application using the Flash with AICC Tracking template. You must place the file generated by Flash on your web server in the same directory and name the frameset file with the name of your quiz, then place it on the web server with the HTML and SWF files. In addition, your LMS must be AICC-compliant and reference the frameset. This file is called `frameset.htm` by default.

**To prepare an AICC-compliant file for web hosting:**

1  Open the document in Flash.

2  Select File > Publish Settings.

3  In the Publish Settings dialog box that appears, make sure that at least both Flash (.swf) and HTML files are selected in the Formats panel.

4  Click the HTML tab at the top of the Publish Settings dialog box and select the Flash with AICC Tracking template from the Template pop-up menu.

5  Click the Publish button and close the dialog box.

6  Place the files produced by publishing the Flash file and any files linked (such as, MP3 or FLV) on the web server in the same directory.

   Additional files are created if Detect Flash Version is selected in the HTML tab of the Publish Settings dialog box. Make sure to copy all the HTML files to your web server but not the FLA file.

7  Open the Learning Extensions Srvr Files subfolder, located in the Flash MX 2004 program folder in the subfolder en/First Run/HTML/Learning Extensions. Copy the contents of this folder (frameset.htm, results.htm, and the scripts subfolder) to the same web server directory as the SWF file and the HTML file published in Flash.

8  Open the new copy of the frameset.htm file in a text editor.

   The following lines are found in the frameset.htm file:

```
<frameset frameborder="0" border="0" framespacing="0" rows="*,1">
<frame src="Untitled-1.htm" name="content" frameborder="0">
<frame src="results.htm" name="cmiresults" scrolling="0" frameborder="0">
```

9  In the second line, change `Untitled-1.htm` to the name of the HTML file you published in Flash (typically the HTML filename specified in the formats Tab of Publish Settings).

   The main file references any HTML files that were created in the publishing process. For example, if myQuiz.htm, myQuiz_content.htm, and myQuiz_alternate.htm were created by publishing the document, myQuiz.htm replaces Untitled-1.htm in the frameset.htm file. Then, myQuiz.htm calls myQuiz_content.htm and myQuiz_alternate.htm when necessary.

10 Start the LMS system (or create the AICC Course Descriptor Files) that references the frameset.htm file.

JPMC-00157973

## Preparing a SCORM-compliant learning interaction for web hosting

To send tracking data to a SCORM-compliant LMS, you must enable tracking for the quiz and publish the learning interaction using the Flash with SCORM Tracking template. In addition, you must place the files generated by Flash on your web server in the same directory.

**To prepare a SCORM-compliant learning interaction for web hosting:**

1  Open the document in Flash.

2  Select File > Publish Settings.

3  In the Publish Settings dialog box that appears, make sure that at least both Flash (.swf) and HTML are selected in the Formats panel.

4  Click the HTML tab at the top of the Publish Settings dialog box and select the Flash with SCORM Tracking from the Template pop-up menu.

5  Click the Publish button and close the dialog box.

6  Place the files produced by publishing the Flash file on the web server in the same directory.

7  Start the LMS system and reference the name of the HTML file. Make sure the LMS is set to launch the SCORM tracking frameset.

# Extending learning interaction scripts

*Note:* The information in this section is intended for intermediate and advanced developers who want to extend the interaction capabilities.

The Flash learning interactions use a very organized data structure to store and retrieve information about each interaction session. This data structure powers the evaluations and opens up new possibilities for developers wanting to extend tracking features. You can use it to retrieve industry-compliant tracking data. This data structure is called the SessionArray.

*Note:* SessionArray and session are reserved keywords on the level where the interactions reside. Do not use these words as identifiers for other data.

## Accessing cumulative tracking data through the SessionArray

The following is an overview of how data is tracked through the SessionArray.

* When the Flash application is run, the first interaction component to load creates a new Array on the level of the interaction assets.

* The component then creates a new instance of the LToolBox global class in index0 of the Array. The instance of LToolBox is a storage place for all of the interaction's data. Data is set or retrieved from the instance by using predefined property names. See "Predefined property names" on page 379.

* When the Timeline moves to the second interaction, that interaction's component creates an instance of LToolBox global class in index1 of the SessionArray.

* When the Timeline moves to the third interaction, that interaction's component creates an instance of LToolBox global class in index2 of the SessionArray. It continues with index3, index4, and so on, until all interactions are in an index.

* At the end of a series of interactions, all the data processed during those interactions are available and organized.

*Note:* The SessionArray is used the same way in the stand-alone interactions and the quiz interactions.

JPMC-00157974

## Possible uses

This information is most useful to developers who need to extend tracking or analysis of the interactions, including creating customized quiz environments and creating quizzes in a format different from that of the Flash quiz templates.

## Tracking properties available in the SessionArray

The property names reference standard interaction tracking values for both AICC and SCORM LMS's. You can retrieve an interaction's properties by referencing its location in the following command:

```
SessionArray[n].[property_name]
```

For example, to reference the `interaction_id` value for interaction #1, you would use this command:

```
SessionArray[0].interaction_id
```

To reference the result value for interaction #2, you would use this command:

```
SessionArray[1].result
```

## Predefined property names

The following table describes the predefined property names.

| Property name | Description |
|---|---|
| interaction_id | Unique interaction name |
| interaction_type | Type of interaction |
| objective_id | Objective identification number |
| weighting | Weighting value for this interaction instance; some interactions can have more weight than others |
| correct_response | Formatted correct response returned from the user parameters |
| student_response | Formatted student response returned from the evaluation |
| result | Result of the evaluation |
| latency | Elapsed time during this interaction session |
| dateStamp | Date when the interaction occurs |
| timeStamp | Time when the interaction starts |

All the methods and properties of the `LToolBox` global class are available within each SessionArray index.

JPMC-00157975

## Basic structure of the Learning Interaction scripts and components

Now that you know how the interaction data are stored and retrieved, here's a little more information to round out the picture. The Learning Interaction components are really the heart of the e-learning setup. They collect user parameters and build the SessionArray and the interaction event handling functions on the level of the interaction assets. That is, they accept user parameters and configure the environment and assets accordingly. If you want to examine how these work, you'll need to open the scripts in the Library panel.

The majority of the scripts lie in one of two places. The first is the `LToolBoxglobalclass` script. This script processes data storage and data formatting for the interaction. The second script location is within each interaction component. These scripts initialize event handling functions triggered by the interaction assets. This is where the user parameters and interaction assets are initialized and the interaction evaluations scripts lie. Even though these scripts are built on the component level, they are initialized on the same level as the interaction assets and submit data to the SessionArray on the interaction assets level.

To explore the scripts or add to them, look in the library for the 1_GlobalClass folder to access the `LGlobalClass` movie clip that contains the `LToolBoxglobalclass` script. Look in the 2_Components folders to access each Learning Interaction component script. Each script is split into commented sections that are described at the top of the script. Most of the script sections are built within functions for modularity.

## Reviewing or editing the LToolboxClass script

The `LToolboxClass` script creates a built-in object that each interaction can use for data storage and basic functionality. The data pattern and functionality shared by all interactions is defined in this script. You can access the `LToolboxClass` script from the library.

**To review or edit the LToolboxClass script:**

1  In the Library panel, select Learning Interactions > Assets > Controls > ComponentSuperClass.

2  In the ComponentSuperClass folder, double-click the SuperClass movie clip to open it in symbol-editing mode.

3  In the Timeline for the movie clip, select Frame 1 and open the Actions panel, if necessary (Window > Development Panels > Actions).

4  Review or edit the script, as desired.

JPMC-00157976

# APPENDIX
## Using Samples and Templates

Macromedia Flash MX 2004 and Macromedia Flash MX Professional 2004 come with several samples and templates to help you get started. This appendix contains information on both how to use samples and how to use templates.

## Using samples

One of the quickest ways to learn Flash is to look at existing sample files to see how they were created. Each of the samples provided is described in the subsections below.

To view the published application file (.swf), you can link to it directly from the following pages describing each sample application. To view the design file (.fla) for a given sample, open the file from within Flash. Some of these samples are complete applications, while others are simple applications that are intended to introduce a concept that you can use to build your own Flash content.

**To open a sample FLA file:**

1  To open a sample file in Flash select File > Open.

2  Do one of the following to open the FLA file:

   ■ If you're using a Windows 2000 or XP, operating system, browse to <boot drive>\Documents and Settings\<username>\Local Settings\Application Data\Macromedia\Flash MX 2004\\Configuration\Samples\<sample folder> and double-click <sample.fla>.

      ***Note:*** If the Application Data folder is hidden, you'll need to change your Windows Explorer settings to see the folder.

   ■ If you're using a Windows 98 operating system, browse to <boot drive>\Windows\Application Data\Macromedia\Flash MX 2004\\ Configuration\Samples\<sample folder> and double-click <sample.fla>.

   ■ If you're using a Macintosh operating system, browse to <Macintosh HD>/Applications/ Macromedia Flash MX 2004/First Run/Samples/<sample folder> and double-click <sample.fla>.

JPMC-00157977

See the following sections for information and links to the samples:

- "Using the accessibility features in Flash" on page 382
- "Building a photo scrapbook" on page 382
- "Customizing the Flash Player context menu" on page 382
- "Using device font masking" on page 382
- "Developing multilingual content" on page 383
- "Understanding text enhancements" on page 383
- "Building custom panels with the Extensibility API" on page 383
- "Building a news reader (Flash Professional only)" on page 383

The Macromedia website contains even more samples. You can view them at: www.macromedia.com/go/flashmx_samples.

## Using the accessibility features in Flash

This sample shows how you can use the accessibility features of Flash. Features covered in this sample include tab ordering, components, and the Accessibility panel. In this sample, you can see how to use the new authoring tool features and user interface that are geared toward building applications containing the accessibility features. An arrow moves to indicate which focusable element on the Stage has the focus. Explore the source code to learn more about how to take advantage of the Flash accessibility features.

## Building a photo scrapbook

This sample shows how to build an interactive photo scrapbook easily using Behaviors instead of scripting. Behaviors provide an easy way to add interactivity to your Flash content without having to write ActionScript. In this example, multiple behaviors are combined to create an interactive scrapbook. Explore the source to learn more or to customize it to add your own pictures.

## Customizing the Flash Player context menu

In this sample, you can see how to add your own custom options to the Flash Player context menu using ActionScript 2.0. This sample uses ActionScript to modify the context menu by adding cut, copy, and paste functionality that can be applied to the drawing objects on the Stage. The source includes the document file (.fla) and the ActionScript file (.as) that defines the ClipBoard class. Explore both the files to learn more about the context menu and writing classes with ActionScript 2.0.

## Using device font masking

This sample explores the new Flash Player support for masking device fonts. The main features covered in the sample are device font masking, components, and scriptable masks. Newly added support in Flash Player for masking device fonts expands the possibilities for using scriptable masks on Flash content. Device font masking allows device fonts to be used inside components that mask their content, as well as custom masks that you create. This sample shows examples of both types of masking.

JPMC-00157978

## Developing multilingual content

This sample, featuring the Strings panel, shows a streamlined approach to developing and managing content in several languages. The new Strings panel provides for easy and fast content development in different languages. Localized content for text fields inside the document is kept in language-specific XML files in directories alongside the document. This example has content in several languages. The language displayed corresponds to the current language of the host operating system. Explore this document to see how the Strings panel manages localized content.

## Understanding text enhancements

This sample uses the many new text enhancements added to Flash MX 2004. The features highlighted in this sample are text styles, inline images, hyperlink improvements, and small text optimization. The text enhancements provide better and more precise control over text as it is entered in the Flash Player. This example loads an external HTML file named sample.html into a text field in the SWF file. However, you could use any text file that incorporates a tag-based format like XML or HTML. New support for Cascading Style Sheets allows Flash to style the text in a given text field for each tag before displaying it. This example uses a style sheet named style.css. Additionally, Flash Player supports the `img` tag, allowing inline images that your text will wrap around.

## Building custom panels with the Extensibility API

This sample covers how to design and build a panel to control the functions of Flash. The Trace Bitmap panel was built using the extensibility API available in Flash. The Extensibility API is a series of Javascript methods and properties that correspond to methods and properties inside the Flash application. Explore the document to see how the Javascript commands are used and to get ideas for building your own.

## Building a news reader (Flash Professional only)

This sample provides an interface to read the latest news at DevNet on macromedia.com. The addition of the databinding user interface in Flash MX Professional 2004 allows users to build interfaces that connect to, retrieve, and display remote data without writing any code. The new components provided have built-in data awareness, allowing several possible scenarios with web services, XML documents, and more. Explore this sample to see how these components are connected to a Rich Site Summary (RSS) feed on macromedia.com.

JPMC-00157979

## Using templates

Flash is equipped with several templates to help streamline your work. See the following sections for information about how to use each template:

- "Using rich media templates " on page 384
- "Using video templates (Flash Professional only)" on page 385
- "Using the Photo Slideshow template" on page 386
- "Using presentation templates" on page 387
- "Using the screen presentation templates (Flash Professional only)" on page 388
- "Using the mobile device templates" on page 390
- "Using quiz templates" on page 390
- "Using form application templates (Flash Professional only)" on page 390

**To create a new document using a template:**

1 Select File > New.

2 In the New Document dialog box, click the Template tab.

3 In the New from Template dialog box, select a Presentation template.

4 Add additional keyframes or screens to the presentation as needed.

5 If you add keyframes, make sure that all layers have the same number of keyframes.

6 Add your own content to the presentation.

7 Save and publish the file.

For specific information about how you can use a template, see the instructions for each template type.

## Using rich media templates

Rich media templates facilitate the creation of standard rich media types and sizes defined by the Interactive Advertising Bureau (IAB) and accepted by the industry today. For more information on IAB-endorsed ad types, visit the IAB site at www.iab.net.

### Testing with rich media templates

Ads should be tested for stability in a variety of browser and platform combinations. Your application is considered stable if it doesn't cause error messages, browser crashes, or system crashes.

### Browser compatibility and requirements with rich media templates

You should work with webmasters and network administrators to create detailed testing plans that include tasks relevant to your specific users. These plans should be publicly available and updated regularly. Also, vendors should publish detailed plans indicating the browser and platform combinations in which their technologies are stable. Examples are available at the IAB Rich Media testing site at www.iab.net/standards/guidelines.asp. In addition, there may be additional requirements on size and file format of ads that vary by vendor and site. Check with your vendor, ISP, or the IAB to learn about these requirements that may affect the ad's design.

JPMC-00157980

## More information on rich media

The Macromedia Flash Advertising Alliance (MFAA) is an industry alliance focused on furthering Rich Media advertising and delivering great advertising experiences online. The MFAA offers a community discussion forum for advertising-related issues, technical resources for designers in the advertising space, and a list of voluntary guidelines for authors to guarantee the best possible Internet advertising experience.

Visit the MFAA and participate in the ongoing discussion at the Macromedia Flash Advertising Alliance website at www.mfaa.org.

## Using video templates (Flash Professional only)

This section covers creating Flash content using video and includes instructions on using the video templates.

Flash MX Professional 2004 provides new ways to creatively use and deploy video in your Flash projects. The ability to play back external Flash Video (.flv) files enables authors to use video in more projects that will be viewable by wider audiences. The video templates provided with Flash Professional 2004 can help you create video presentations and user interfaces for selecting from multiple bandwidth–tuned streams of video.

## Using the Bandwidth Selection template (Flash Professional only)

The Bandwidth Selection template uses forms and components to present the selection interface. This interface allows end-users to control how much content they receive and lets authors tailor their applications to a variety of connection speeds. Once the user has made a speed selection, the media playback component is directed to play the chosen video.

The Select screen contains radio buttons that allow bandwidth selection. ActionScript to handle the selection of radio buttons is included within the Timeline of this screen.

To change the option labels or the number of options that users is presented, you can add, remove, or edit the components on the Select form.

## Setting the URLs to the video content (Flash Professional only)

The media playback component progressively downloads Flash Video (.flv) files without requiring that they be embedded in the SWF file.

The data property of the radio buttons is set to a string that is appended to a base string to properly form the correct URL. For example, if the user selects High Bandwidth and the base string is cartoon, the file that is loaded is cartoon_hi.flv.

To change the base string, open the Actions panel and select Frame 1 of the Actions layer of the Select screen. Edit the following ActionScript according to the instructions within the comments:

```
// Replace "test" with your own base string. Be sure
// to keep the quotes.
var video_base:String = "test"
```

When the user makes a selection, the code appends the base string you've set with the string stored in the data property of the radio button, and the media playback component loads the media.

JPMC-00157981

## Using the Video Presentation template (Flash Professional only)

The Video Presentation template uses slides, media components, and behaviors to create a self-running presentation that progresses according to cues from the video playback. Video presentations are great for self-running demos, kiosks, or presentations to audiences over the web. At the end of the presentation, viewers are given the option to play the presentation again from the beginning.

You can customize the presentation, add your own video and content, and customize the media playback component to broadcast events when you want.

### Adding video (Flash Professional only)

The media display component on the Video slide handles the playback of the video in this presentation. To add your own video to the presentation, select the component on the Stage and replace the current value of the URL property with the URL of your media. Remember that once you publish, the SWF file always looks for the video at that location, so relative paths are recommended over hard-coded paths.

### Setting cue points with the video templates (Flash Professional only)

Cue points are also set as properties of the media display component in the Parameters tab in the Component Inspector panel. You add new cue points to the list using the Add (+) button above the Cue Points list. Remove cue points with the Delete (-) button. Each cue point should be given a name and position.

If you give your cue point names and slides the same names, your presentation automatically navigates to the corresponding slide when a cue point is encountered.

Position is a point in time during the playback of the media file, starting from the beginning of the file, which is 0:0:0:0 (hours: minutes: seconds: frames/milliseconds). For example, to place a cue point 10 seconds into the file, enter **0:0:10:0**.

### Adding content to the video templates (Flash Professional only)

Adding content to the video templates is as easy as adding new slides to the presentation and creating graphics and text, importing media, and adding animation. There are a few slides with some content to help get you started, but you can replace the content on the slides. After you've added content, you can use the Behaviors panel to add transitions between slides for eye-catching animation.

For more information on adding slides and transitions, see the instructions in the section "Using the screen presentation templates (Flash Professional only)" on page 388.

## Using the Photo Slideshow template

The Photo Slideshow template allows you to easily create and customize a photo slideshow.

JPMC-00157982

## Preparing your photos with the Photo Slideshow template

Photos must be in a suitable format to make use of the Photo Slideshow template. Flash lets you import images in a variety of formats, but JPEGs typically work best for photographs. For best results, save your photos as JPEGs using an image-editing program like Macromedia Fireworks. Each image should have a size of 640 x 480 pixels and should be named in a numbered sequence. For example, for three files, the names could be photo1.jpg, photo2.jpg, and photo3.jpg.

## Importing photos with the Photo Slideshow template

Once your photo sequence is ready, you can import the sequence into a SWF file.

**To import your files:**

1  Select the layer of photos included in the example called Old Photos, and then click the trash can icon to delete it.

2  Create a new layer by clicking the Insert Layer button, and name this new layer My Photos. Make sure that this new layer is the bottom-most layer.

3  Select the first blank keyframe in the My Photos layer and select File > Import, then locate your photo sequence.

4  Select the first image in the series and click Add, then click Import.

5  Flash recognizes that your image is part of a series and queries you to import all files in the series. Click Yes to complete the import process.

## Adding finishing touches with the Photo Slideshow template

Flash places each of your images on separate keyframes. If you have more than four images, make sure that all the other layers have an equal number of frames. Your images appear in the Library panel. You may safely delete the old images that were included in this document from the library if you wish. Change the title, date, and caption at the top for each image. You can replace text as desired. You do not have to worry about the photo field. The template automatically determines how many images are in your document and indicates which photo you are currently using.

## Using autoplay mode with the Photo Slideshow template

The Photo Slideshow template also has a built-in autoplay mode that automatically changes the photo after a set delay. The template is set to a default delay time of 4 seconds, but you can easily change this.

**To adjust the delay:**

1  Unlock the _controller layer.

2  Select the controller component.

3  Display the Parameters tab in the Component Inspector panel by selecting Window > Development Panels > Component Inspector. The Parameters tab is selected by default.

4  Select the delay parameter and change this value to a new delay value in seconds.

5  Save and Publish your document.

## Using presentation templates

The presentation templates included with Flash help you create, customize, and publish your presentations.

JPMC-00157983

## Creating a slide presentation

Creating a slide presentation is as easy as adding new keyframes. Flash provides three slide layouts to get you started.

**To create a slide presentation:**

1  Select File > New.

2  In the New Document dialog box, click the Template tab.

3  In the New from Template dialog box, select a Presentation template.

4  In the Slide layer, add a keyframe for each slide in your presentation. For example, if your presentation has ten slides, add ten keyframes.

5  On each keyframe in the Slide layer, add the information you want to include in that slide. You can create or import graphics, as well as add your company's logo, text, video, or audio to your presentation.

6  Make sure that all other layers have an equal number of frames.

7  Save and publish your document.

For more information on using the Timeline, see "Using the Timeline" in Getting Started Help.

## Presenting your slides

Use the controls at the bottom of the application or your keyboard's arrow keys to move from slide to slide during your presentation. Press the Left Arrow and Right Arrow keys to move to the corresponding previous and next slides. Press the Up Arrow and Down Arrow keys to jump to the first and last slides.

You can also print each slide in your presentation by clicking the Print icon. If you know that you won't be printing your slides, you can delete the icon from the layout.

## Customizing your slide presentation

If you want to change the colors that the template uses, select Modify > Movie and change the background color. The presentation background changes to the newly selected color. Additionally, many templates come with alternate backgrounds. Show and hide the additional background layers to expose alternate designs.

You can match the background to your company's color scheme. Or you can select something bright and eye-catching to really capture your audience's attention.

## Using the screen presentation templates (Flash Professional only)

The screen presentation templates included with Flash MX Professional 2004 use screens to make it easier for you to create a professional-looking slide presentation. You can add new slides to the outline and place text, graphics, imported media, and components on those slides to add to content.

After adding slides, you can use the Behaviors panel to add transitions between slides. Flash provides some sample slides with transitions to help you get started.

After you've customized your presentation, preview it by selecting Control > Test Movie from the application menu.

JPMC-00157984

Slides come with built-in navigation. Use the arrow keys on your keyboard or the navigation buttons that are part of the template's design to move forward and backward through your presentation.

## Creating slides with the screen presentation templates (Flash Professional only)

The Screen Outline pane shows thumbnails of the slides that appear sequentially in your presentation. There are four ways to add new slides to a presentation.

### To create a slide:

1  Create a new file using one of the screen presentation templates.

2  Do one of the following to add new slides to the presentation:

   ■ Select Insert > Screen.

   ■ Press Enter.

   ■ Click the Pus (+) button in the header of the Screen Outline pane.

   ■ Right-click to open the context menu, then select Insert Screen.

3  You can create slides that share graphical content such as logos by inserting nesting slides and placing the shared content on the parent slide. For example, the content that appears on the slide labeled Presentation appears on all the slides in the presentation. Insert nested screens by right-clicking in the Screen Outline pane and selecting Insert Nested Screen.

For more information on using slides and the outline pane, see Chapter 12, "Working with Screens (Flash Professional Only)," on page 197.

## Adding transitions to the screen presentation templates (Flash Professional only)

After you've customized the content of your presentation, you can add animated transitions that help illustrate your points. You use the Behaviors panel to add transitions to your presentations.

### To add transitions to a screen presentation:

1  Select the screen for which you'd like to add a transition.

2  If the Behaviors panel isn't visible, select Window > Development Panels > Behaviors.

3  Click the Add button (+) in the Behaviors panel and select Screen > Set Transition.

4  Customize your transition in the dialog box. For information about each transition style available, see "Creating controls and transitions for screens with behaviors (Flash Professional only)" on page 209.

5  Click OK once you've finished designing your transition.

6  Select the event on which you'd like your transition to start. The most common events for slide transitions are onShow, when the slide becomes visible, or onHide, when the slide is hidden.

For more information on behaviors, see "Controlling instances with behaviors" on page 57.

JPMC-00157985

## Using the mobile device templates

Flash content is viewable across multiple browsers, platforms, and mobile phones. You can author the following:

- High-quality animations
- Games
- Rich-media custom user interfaces for devices and desktop systems
- Immersive e-commerce and business solutions

In addition, Flash files are compact, making them perfect for wireless carrier networks, where transfer rates range between 9.6 and 60 kilobytes per second (Kbps). Mobile devices, unlike desktop computers, have limited storage capability, so the small footprint of Flash is ideal.

The mobile device templates let you create content for many mobile devices available today. Use the device skins in the templates to preview your content as it will look on the device.

**Note:** The skins are on guide layers and won't export with your content or appear at runtime.

For more information on authoring Flash files for mobile devices, please visit the Macromedia Mobile Devices site at www.macromedia.com/devnet/devices/.

## Using quiz templates

You can use the quiz templates to create self-scoring quizzes with several different interaction types. For complete information about using the quiz templates, see Chapter 19, "Creating E-learning Content," on page 349.

## Using form application templates (Flash Professional only)

Flash MX Professional 2004 provides two templates you can use to create form-based applications:

- Query-Error-Response template
- Windowed Application template

JPMC-00157986

## Query-Error-Response template (Flash Professional only)

The Query-Error-Response template helps you create applications that perform a simple query to a remote data source, and then, depending on the outcome, display the results in a response form or show an error on an error form. This type of application is useful when performing queries on web services, since they are structured as a simple query/response transaction. There are two steps for using this template:

- Configure your service
- Customize your forms

### Configuring your service

The first step is to configure the service that your application is going to call. The template uses a web service connector. If you are using a web service as your data source, you can configure the web service connector in the Parameters tab in the Component Inspector panel. Enter the URL to the service in the WSDL field, then choose the operation your application will call.

You can replace the web service connector with another connector appropriate to your application from the Components panel. If you choose your own connector, you can safely delete the web service component, but you must edit the actions in Frame 1 of the Application form to replace "wsc" with the instance name of the connector you created. This ensures that the Submit button triggers your service.

For more information about web service and other connectors, see "Macromedia Flash MX 2004 and Macromedia Flash MX Professional 2004 Components" in Using Components Help.

### Customizing your forms

The next step is to customize your forms. The Query form should contain fields that correspond to the parameters of your service. The Response form should contain the fields that correspond to the results of your service. The Error form displays an error message to the user that something has gone wrong in the process of calling the service. You can display any message you choose on the Error screen.

**To customize the Query form:**

1 Select the Query form in the Screen Outline pane.

2 Use components from the Components panel, such as text input fields, radio buttons, combo boxes, and others, to create the input fields for the Query form.

3 Once you've laid out your form elements, use the Parameters tab in the Component Inspector panel to create bindings between your components and the parameters of your service connector.

**To customize the Response form:**

1 Select the Response form in the Screen Outline pane.

2 Use components to create fields that will display the results.

For example, if your service is a weather service returning temperature, you could use a label component to create a non-editable text display.

Once you've laid out your components, use the Parameters tab in the Component Inspector panel to create bindings between your components and the results of your service connector.

JPMC-00157987

**To customize the Error form:**

1  Select the Applications form. The Error form is shown using ActionScript in Frame 1 of the Applications form, during processing of the service call. The following are the two event handlers:

```
function status (stat) {
   // Handle status message for errors
   // If error,
   // showError();
}

function result (res) {
   // Handle result message for errors
   // If error,
   // showError();
}
```

2  You can replace the bodies of these functions with your own code to interpret the status and result messages and do one of the following:

- Catch an error and show the error screen.
- Go directly to the results screen to display the service's response.

To learn more about the result and status messages of a service call, see "Data Integration (Flash Professional Only)" on page 233.

## Windowed Application template (Flash Professional only)

The Windowed Application template helps you create a windowed application that consists of layered content panes. These panes are draggable, and they rise to the topmost layer when the focus is on them. Each window can contain different content for the user to interact with.

The window components that load the subforms are on the Application form. The `contentPath` property of each window component corresponds to the instance name of the form that it will load at runtime.

### Modifying and adding window content

Window content is created on subforms of the Application form. The template comes with four forms: a calendar, a DataGrid component showing simulated inbox content, a scroll pane displaying an image, and a login form.

**To modify window content:**

1  Select any form in the outline and replace the contents with components of your choice. You can even add data connectors to populate your components with remote data. For more information about data connectors, see "Macromedia Flash MX 2004 and Macromedia Flash MX Professional 2004 Components" in Using Components Help.

2  After altering the contents of a form, make sure that the window component that will load the form is sized properly, so your form's content won't appear clipped at runtime.

JPMC-00157988

**To add new windows and content:**

1  Create a new form in the Screen Outline pane and give it an instance name. Make sure that its `visible` property is set to `false`.

2  Create a new window component on the Application screen, and set its `contentPath` property to the instance name of the form you've created.

3  Add content to your new form.

   At runtime, a copy of your form is loaded into the window component.

JPMC-00157989

JPMC-00157990

# INDEX

## A

absolute target path  20
accessibility
  animation and  332
  automatic labeling  325
  automatic labels for buttons and input text fields
      330
  button and text field labels for  325
  components  333
  creating properties in ActionScript  334
  creating reading and tab order using ActionScript
      335
  creating reading order in Accessibility panel  331
  creating tab order  335
  default reading and tab order  330
  defining for entire Flash applications  330
  descriptions for accessible objects  326
  detecting screen reader with ActionScript  335
  Flash Player and  321
  for hearing impaired users  336
  instance names and  323
  keyboard navigation for  336
  Macromedia Flash Accessibility web page  320
  for movie clip children  326
  naming buttons and text fields for  325
  naming objects  325
  opaque windowless or transparent windowless
      modes and  321
  sample application  382
  screen readers  320
  supported configurations  321
  testing content  336
  titles and descriptions for Flash applications  330
  turning off button and text field labels for  327
  turning off for selected objects  327
Accessibility button, in Property inspector  326
Accessibility panel  326
  Auto Label option  324
  Description option  324
  Make Child Objects Accessible option  324
  Make Object Accessible option  324
  Name option  324
  name vs. auto label  325
  Shortcut option  324
  Tab Index option  324
  tab order  331
accessibility, authoring for screens  214
Actions panel, instance information in  59
ActionScript
  accessibility properties  334
  class for screens  205
  detecting screen reader  335
  screens and  212, 213
  tab and reading order for screen readers  335
ActiveX controls  280
Adaptive color palette  290
Add Shape Hint command  157
Adobe Illustrator files
  exporting  313
  importing  125
Adobe Photoshop files
  exporting  312
  importing  122
ADPCM compression, for sounds  193
Advanced effect, for symbol instances  56
AICC
  communication overview  376
  preparing compliant files for web hosting  376
  tracking quiz results  373
  tracking to a compliant LMS  375
AIFF sounds, importing  186
align attribute  307
Align panel  143, 144

JPMC-00157991

aligning
  objects 143, 144
  text blocks 103
  text characters 102
alignment, HTML (publish setting) 286
Alpha effect
  instance property 56
  partial transparency 289
ancestor screen, defined 199
anchor points
  adding 85
  adjusting 85
  converting between corner and curve 85
  deleting 85
  dragging 85, 86
  moving 85
  nudging 85
  showing on shapes 88
animated GIF files
  exporting 313
  importing 122
  publishing 288
animation
  accessibility and 332
  converting to movie clip symbol 49
  creating keyframes in 150
  displaying frames as onion skin outlines 160
  dragging a library item onto a keyframe 159
  editing frames in the Timeline 158
  editing multiple frames 160
  extending background images in several frames 151
  frame rates 151
  frame-by-frame 158
  frames in Timeline 150
  graphics compared to movie clips 57
  inserting frames 158
  linking layers to a motion path 155
  modifying or deleting frames in the Timeline 159
  motion paths for 155
  moving an entire 160
  onion skinning 159
  Play Once 57
  reversing the sequence of 159
  Single Frame 57
  still images 151
  tweened 149
  unlinking layers from a motion path 156

animation, tweening
  groups 152
  instances 152
  shapes 156
  type 152
anti-aliasing
  bitmaps 36
  exported GIF 289
  exported PNG 292
  objects on Clipboard 137
  shapes 36
  text 36
Antialias command 36
area fill 71
arrow keys, moving objects with 136
Arrow tool. See Selection tool
Asian character entry on Western keyboard 228
asset names
  Drag and Drop interaction 370
  Fill in the Blank interaction 371
  Hot Object interaction 371
  Hot Spot interaction 371
  Multiple Choice interaction 372
  True or False interaction 372
Auto Label option 330
AutoCAD DXF files, importing 127
AutoCAD DXF Image 314
autoKeyNav parameter for slide screen 206
automatic labeling
  overview for accessibility 325
  turning off 327
automating tasks 33
AVI files, exporting 317
Aviation Industry CBT Committee, tracking to a compliant LMS 375

**B**

background color 11
Bandwidth Profiler
  defined 38
  settings 38
  Timeline graph 38
base attribute 308
behaviors
  Associate Controller 183
  Associate Display 183
  Bring Forward 58
  Bring to Front 58
  controlling instances 57
  Duplicate Movieclip 58

JPMC-00157992

GotoAndPlay at frame or label  58
GotoAndStop at frame or label  58
Labeled Frame Cue Point Navigation  183
Load External Movie Clip  58
Load Graphic  58
screen navigation and control  209
screen transitions  210
Send Backward  58
Send to Back  58
Start Dragging Movieclip  58
Stop Dragging Movieclip  58
Unload Flash Movie  58
video, adding and configuring  177
video, controlling video playback  176
bgcolor attribute/parameter  307
Bindings tab
    Binding Attributes pane  275
    in Component Inspector panel  272
Bit Rate option, for MP3 sound compression  194
bitmap fills
    applying  71
    transforming  71
bitmap images
    anti-aliasing  36, 128
    breaking apart  130
    compared to vector graphics  77
    compressing as JPEG or PNG files  128
    converting to vector graphics  131
    editing  129
    importing  127
    importing with the Clipboard  137
    lossless compression  128
    modifying filled areas  130
    preserving transparency when importing  120
    setting compression options  128
    setting properties for  128
Bitmap Properties dialog box  128
bitmaps, finding and replacing  30
Blank Keyframe command  158
Blend option, for shape tweening  156
blends, in imported FreeHand files  124
BMP files
    exporting  314
    importing  122
Bound Index dialog box  276
Bound To dialog box  273

Break Apart command
    bitmaps and  130
    groups and  144
    instances and  144
    symbol instances and  59
    text and  109, 144
Brightness effect  56
Brightness instance property  56
Bring Forward behavior  58
Bring Forward command  138
Bring to Front behavior  58
Bring to Front command  138
Brush tool
    Lock Fill modifier  73
    painting modes  87
    painting with  86
    setting brush size and shape  87
    Wacom pressure-sensitive tablet  87
button symbols  48
buttons
    accessible descriptions for  326
    accessible labels for  325
    adding sounds to  188
    creating  51
    disabling and enabling  53
    disjoint rollover  52
    Down state for  52
    editing and testing  53
    enabling  53
    frame states for  51
    Hit state for  52
    naming for accessibility  325
    Over state for  52
    selecting enabled  53
    testing  53
    turning off accessible labels for  327
    Up state for  52

**C**

center point  139
character position  102
child objects
    making accessible  324
child screens
    defined  199
    moving on the Stage  204
    viewing  207
class name, for screens  212
classid attribute  304
Clear command  138

JPMC-00157993

Clear Keyframe command  159
Click Accuracy preference  94
Clipboard, importing with  137
closing projects  44
codebase attribute  304
Color Mixer  69
color palette
    Adaptive  290
    default  74
    importing and exporting  75
    modifying  74
    saving current as default  74
    web-safe  74
Color Picker, opening  68
Color Swatches panel
    Add Colors option  75
    Clear Colors option  74
    loading default palette  74
    modifying color palettes and  74
    Replace Colors option  75
    Save as Default option  74
    Save Colors option  75
    sorting  74
    Web 216 option  74
colors
    background  11
    changing with the Property inspector  68
    choosing for text  101
    Color Picker, opening  68
    copying with the Eyedropper tool  73
    creating and editing solid  69
    default palette  74
    default stroke and fill color, selecting  68
    deleting  74
    document background  10
    duplicating  74
    editing and creating solid  69
    Eyedropper tool, copying with  73
    finding and replacing  28
    importing and exporting palettes  75
    modifying palettes  74
    opening the Color Picker  68
    optimizing  37
    removing all  74
    saving current palette as default  74
    selecting solid  69
    selecting with Property inspector  69
    setting maximum  290
    sorting in Color Swatches panel  74
    Stroke Color and Fill Color toolbar controls  67

tweening  55
    web-safe palette  74
commands
    downloading  35
    running  34
Commands menu
    creating and managing commands  34
    Edit Command List option  34
    Get More Commands option  35
    reusing commands  33
    Run Command  34
    running commands  34
    unrepeatable steps  34
Common Libraries submenu  18
compiled clip, in Library panel  14
Component Inspector panel
    Bindings tab  272
    Drag and Drop interactions and  361
    feedback options and  372
    Fill in the Blank interactions and  363
    Hot Object interactions and  364
    Hot Spot interactions and  365
    Knowledge Track options and  373
    Multiple Choice interactions and  367
    navigation options and  374
    quiz parameters and  352
    Schema tab  258
    True or False interactions and  368
components
    accessibility and  333
    learning interactions and  360
    in Library panel  14
    MediaController  180
    MediaDisplay  180
    MediaPlayback  180
    screens and  214
compressing sounds  192
Compression menu, for sounds  193
compression profiles  169
Connect Lines preference  94
connector components  234
context menu
    customizing in Flash Player  35
    for screens  201
Control menu, Test Scene and Test Movie  38
Convert Lines to Fills command  91
Convert Stereo to Mono
    for ADPCM sound compression  193
    for MP3 sound compression  194
    for raw sound compression  194

JPMC-00157994

Convert to Symbol command  49
Copy Frames command  159
copying
    history steps  33
    objects  137, 138
    screens  208
Create Copy button, in Transform panel  138
createTextField method  114
creating
    new document  9
    passwords for debugging files  283
cumulative tracking data, accessing in learning
        interactions  378
curves
    adjusting points and tangent handles  86
    adjusting segments  86
    dragging tangent handles on  86
    drawing, with Pen tool  83
    optimizing  89
    straightening and smoothing  89
Custom color palette  290
Custom option, for sound  187
Cut command  138
cutting a screen  208

**D**

data
    managed versus unmanaged  242
data binding  256
    binding attributes  275
    entering a path expression  273
    working with schemas  258
data connectivity  234
    and Flash Player security  234
data management  242
DataHolder component  255
DataSet component  243
    accessing data  246
    common workflow  243
    loading  244
    parameters  243
    transfer objects  246
debugging files, protecting with password  283
default color palette  74
Default Text Orientation option  99

deleting
    frames or keyframes  159
    items, and saving documents  33
    lines  90
    objects  138
    scenes  24
    screens  208
deploying Flash SWF files  280
Deselect All command  134
device font masking
    sample application  382
Device Font publish settings  285
device fonts  96, 104
devicefont parameter  303
dimensions
    default for document  10
    publishing Flash SWF file  285
    setting for document  10
display, speeding up document  36
distorting objects  141
Distribute to Layers command  152
distributing
    Flash SWF files  280
    objects to layers  152
    objects to top, bottom, left, right, or center  144
dithering colors, GIF files  290, 292
document
    Antialias display  36
    application, creating new slide or form  201
    background color, setting  10
    colors, optimizing  37
    context menu, custom  35
    creating from template  10
    creating new  9
    creating new slide application or
            form application  201
    deleted lines, removing and saving  33
    dimensions, setting  10
    elements and lines, optimizing  37
    Fast display  36
    Flash Player, loading into  18
    form application  198
    frame rate, setting  10
    Full display  36
    hyperlinks, viewing in Flash Player  36
    levels  18
    loading into Flash Player  18
    modifying  10
    modifying in Property inspector  11
    new, creating  9

JPMC-00157995

opening  9
opening new window  11
optimizing colors  37
optimizing elements and lines  37
optimizing for playback  36
optimizing text and fonts  37
Outlines display  36
playback, optimizing for  36
properties for, setting  10
Property inspector, modifying in  11
quitting, saving when  12
removing deleted items and saving  33
ruler units, setting  10
saving as template  12
saving Flash  11
saving in Flash MX format  12
saving when quitting  12
screen hierarchy  199
size report, generating  39
slide presentation  198
speeding up display  36
Stage size, setting  10
tabs for multiple documents  11
template, creating from  10
template, saving as  12
text and fonts, optimizing  37
Document command  10
document, setting
    background color  10
    dimensions  10
    frame rate  10
    properties for  10
    ruler units  10
    Stage size  10
document-editing mode  49, 50
Don't Replace Existing Items option  65
dot syntax, target paths  21
Down state (for buttons)  52
Download Settings command  38
download speed, for testing  38
Drag and Drop interaction
    asset names  370
    configuring in Component Inspector panel  361
Drag objects, adding and removing  362
dragging objects  136
Draw Border and Background option,
        for dynamic text  105

drawing
    adjusting line segments  85
    anchor points  81
    anchor points, adjusting  85
    anchor points, showing on shapes  88
    brush strokes  86
    click accuracy tolerance  94
    converting lines to fills  91
    curve points and corner points  84
    curves, optimizing  89
    curves, smoothing  94
    erasing lines or shapes  90
    expanding shapes  91
    fill edges, softening  91
    interactive introduction  77
    line end points, snapping  94
    line segments, adjusting  85
    lines, straight  80, 82
    objects, snapping  92
    ovals and rectangles  80
    overlapping shapes  79
    Pen tool  81
    Pencil tool  80
    pixels, snapping to  92
    polygons and stars  81
    precise lines and curves  81
    reshaping lines and shapes  88
    rounded rectangles  80
    shapes, modifying  91
    showing anchor points on shapes  88
    snapping line end points  94
    snapping objects  92
    snapping to pixels  92
    softening fill edges  91
    stars  81
    straightening and smoothing lines  89
    tolerance for redrawing geometric shapes  94
    tolerance for straightening lines  94
    tools overview  78
drawing curves
    optimizing  89
    precise  81
    smoothing  94
    with Pen tool  83

JPMC-00157996

drawing lines
    converting to fills 91
    erasing 90
    precise 81
    reshaping 88
    smoothing and straightening 89
    straight 80, 82
    tolerance for straightening 94
drawing shapes
    expanding 91
    modifying 91
    overlapping 79
    reshaping 88
    showing anchor points on 88
    tolerance for redrawing geometric 94
Dreamweaver UltraDev, updating SWF files for 318
Duplicate Movieclip behavior 58
Duplicate Symbol command 50
duplicating symbols 50
DXF Sequence, AutoCAD DXF Image 314
dynamic text
    creating 97
    defined 95
    HTML formatting for 110
    HTML option 105
    rich text formatting for 109
    setting options 104
dynamic text fields
    accessible descriptions for 326
    naming in a learning interaction 369

**E**

Easing option
    for motion tweening 153, 154
    for shape tweening 156
Edit Envelope
    for sounds 190
    units in 190
    zooming in 190
Edit in New Window command 54
Edit in Place command 54
Edit Multiple Frames button 160
Edit Selected command 136
Edit Symbols command 55
editing
    imported bitmap images 129
    reshaping lines and shapes 88
    softening edges of an object 91
    symbols 53
    text 106

Effects menu, in the Property inspector 187
embedded fonts
    selecting 218
    XML table 219
empty symbols, creating 49
Enable Simple Buttons command 53
Enhanced Metafile files (Windows)
    exporting 314
    importing 122
Envelope modifier 141
EPS files
    exporting 314
    in imported FreeHand files 124
    importing 124
Eraser tool 90
erasing entire Stage 90
Event option, for sound 187
event sounds 185
Expand Fill command 91
export file formats 312
Export for Runtime Sharing option 62
Exporter, Flash Video 179
exporting
    color palettes 75
    FLV files from editing applications 178
    images 311
    transparency 291
    Windows Metafile files 317
Extensibility API 383
external image editor, and imported bitmaps 130
Eyedropper tool 73

**F**

Fade options, for sound 187
fading in or out 152
Fast command 36
feedback options, setting for a learning interaction 372
file formats
    alternative formats 279
    exporting 312
    importing 122
files
    closing, in projects 44
    deleting, in projects 43
    finding missing, in projects 44
    importing 121
    moving, in projects 43
    opening, in projects 43
    opening, with version control 45
    saving, in projects 44

JPMC-00157997

*See also* document
Fill in the Blank interaction
    asset names  371
    configuring in the Component Inspector panel  363
Fill Transform tool  71
fills
    adjusting gradient or bitmap  71
    applying transparent  68
    applying with Paint Bucket tool  71
    bitmap  130
    color, swapping with stroke color  68
    copying  73
    creating from lines  91
    default color, selecting  68
    edges, softening  91
    expanding  91
    gradient  70
    gradient or bitmap, adjusting  71
    lines, creating from  91
    locked gradient or bitmap, with  73
    Paint Bucket tool, applying with  71
    selecting default color  68
    softening edges  91
    swapping color with stroke color  68
    text, for  102
    toolbar modifiers  67
    transparent, applying  68
Find and Replace
    overview  26
    screens  211
finding and replacing
    bitmaps  30
    colors  28
    fonts  28
    sound  30
    text  26
    video  30
Fireworks PNG files, importing  123
FLA files
    printing  39
    saving  11
Flash applications
    accessibility options for  330
    naming for accessibility  326
Flash content, aligning and cropping  287
Flash Form Application  200
Flash MX format, saving as  12

Flash Player
    accessibility and  321
    configuring web server for  310
    context menu  347
    context menu sample application  382
    context menu, customizing  35
    default reading order for screen readers  330
    downloading, simulating  39
    file format  280
    files, importing  122
    hyperlinks, viewing in  36
    levels  18
    printers supported  338
    text encoding  216
    Unicode support  216
Flash Project panel  42
Flash Slide Presentation  200
Flash SWF files, distributing  280
Flash, quitting  12
Flip Horizontal command  143
Flip Vertical command  143
flipping objects  143
FLV files
    dynamically playing external  174
    exporting  315
    exporting from editing applications  178
    importing  315
folders
    deleting, in projects  43
    in Library panel  16
    moving, in projects  43
    projects  43
    renaming, in projects  44
font symbol
    identifier string for  106
    Linkage option for  106
fonts
    choosing  101
    creating font symbols  105
    device  104
    embedded and device  96
    embedding  104
    finding and replacing  28
    mapping  111
    optimizing  37
    properties  102
    selecting  102
    selecting range of embedded  218
    selecting size  102
    setting text attributes  100

JPMC-00157998

Unicode  217
form application
    creating new  201
    form screens as default  198
    form screens in  200
form application templates  390
form screens
    about  200
    ActionScript class for  205
    default visibility  206
    document structure and  199
    visible parameter  206
Frame by Frame graph, in Bandwidth Profiler  39
Frame command  158
frame rate
    in animation  151
    setting  11
Frame Rate option  10
frame-by-frame animation  158
frames
    adding sounds  187
    animation, editing in  158
    animation, in Timeline  150
    Bandwidth Profiler, testing performance with  39
    converting keyframes into  159
    copying and pasting  159
    copying by dragging  159
    displaying as onion skin outlines  160
    dragging in Timeline  159
    editing in an animation  158
    editing multiple  160
    exporting as static images  311
    images, registering in  159
    inserting  158
    keyframes, converting into  159
    multiple, editing  160
    onion skinning  159
    pasting  159
    printing  347
    registering images in  159
    removing  159
    static images, exporting as  311
    testing performance with Bandwidth profiler  39
    Timeline, animation frames in  150
    Timeline, dragging in  159
Frames button, in Edit Envelope  190
Free Transform tool  140
FreeHand Import Settings dialog box  125
Full command  36
Full Screen command  310

FutureSplash Player files, importing  122

## G

Gap Size modifier, Paint Bucket tool  71
Generate Size Report option  39
Get More Commands option  35
GIF files
    exporting  313
    GIF89a file format  288
    importing  122
    publishing  288
Goto command  23
GotoAndPlay at frame or label behavior  58
GotoAndStop at frame or label behavior  58
gradient colors  70
gradient fills
    adjusting with Fill Transform tool  71
    applying  71
    creating or editing  70
    in imported FreeHand files  124
    importing and exporting  75
    working with solid colors and  69
gradient pointers  70
graphic distractors, registering in a learning interaction  370
graphic object, converting to a symbol  15
graphic symbols
    about  48
    controlling with behaviors  57
graphics
    creating symbol instances  51
    load behavior  58
    setting animation options  57
grayscale images, in imported FreeHand files  124
Group command  136
groups
    breaking apart  144
    creating  135
    editing  135
    locking  134
    selecting  134
Guided option  155

JPMC-00157999

**H**

height attribute 285, 304
Hide Edges command 135
Hide Screen option for child screens 207
hiding
    objects from screen readers 327
hierarchy, parent-child movie clips 19
History panel
    clearing the history list 32
    overview 31
    Replay button 32
    Save As Command option 34
    saving commands from 33
    screens with 201
    steps, copying and pasting 33
    steps, repeating 32
Hit state (for buttons) 52
horizontal text flow 99
Hot Object interaction
    adding and removing distractors in 365
    asset names 371
    configuring in the Component Inspector panel 364
hot spot distractors, adding and removing 366
Hot Spot interaction
    asset names 371
    configuring in the Component Inspector panel 365
HTML
    formatting, for text fields 109
    option, for dynamic text fields 105
    publish settings 284
    publishing templates 297
    tag reference 301
    templates 297
HTML Alignment publish setting 286
hyperlinks, viewing in Flash Player 36

**I**

identifiers, assigning to sounds 189
images
    exporting 311
    importing 119, 121
Import command 121
Import for Runtime Sharing option 63
imported video, formats for 164
importing
    bitmap images 127
    bitmaps with transparency 120
    color palettes 75
    embedded video clips 168

FLV files 173
    linked QuickTime video 173
    sounds 186
    sounds for mobile devices 195
importing files
    FLV format 315
    FreeHand and Fireworks PNG 119
    into the current Flash document 121
    QuickTime 4 supported formats 122
    sequence of files 121
    supported formats 122
#include action in multilanguage text 229
indents, text 103
Info panel
    instance information in 59
    moving objects using 137
Ink Bottle tool 70
input text
    creating 97
    defined 95
    HTML formatting for 110
    rich text formatting for 109
input text fields
    accessible descriptions for 326
    accessible labels for 325
    naming for accessibility 325
    turning off accessible labels for 327
Insert Blank Keyframe command 158
Insert Keyframe command 158
Insert Target Path button 22
instance names
    and accessible objects 323
    for screens 212
Instance Properties dialog box 55
instances, symbol
    behavior, changing 57
    behaviors 57
    breaking apart 144
    color and transparency, changing 55
    creating 51
    defined 47
    Info panel 60
    information, getting 59
    naming 51
    properties, changing 55
    renaming 51
    selecting 134
    swapping 56
    unlinking from symbol 59

JPMC-00158000

interlacing
    GIF files  289
    JPEG files  291
    PNG files  292
Internet Explorer  280

## J

JPEG files
    importing  122
    publishing  290

## K

kerning  102
keyboard controls
    in accessible content  336
keyboard shortcuts
    coding in ActionScript  328
    creating  328
    naming for screen reader  328
    option on Accessibility panel  324
Keyframe command  150, 158
keyframes
    animation, frame-by-frame  158
    associating with sounds  191
    creating  150
    creating blank  158
    dragging in tweened frame sequences  159
    duration, extending  159
    frame-by-frame animation  158
    frames, converting into  159
    images, extending  151
    inserting  158
    motion tweening  155
    removing  159
    selecting everything between two  134
    shape tweening  156
    Sorenson Spark codec, for  165
    sounds, associating with  191
    tweened frame sequences, dragging in  159
    tweening  149
Knowledge Track options, setting for a learning
        interaction  373

## L

Lasso tool
    Magic Wand modifier  130
    Magic Wand Settings modifier  130
    Polygon mode  135
    selecting objects with  135

layers
    guided  155
    mask  160
    masking additional layers  161
    selecting everything on  134
    sound  187
    unlinking masked layers  161
learning interactions
    adding to a document  356
    assets in  368
    common library assets, managing  358
    components, adding  360
    cumulative tracking data in  378
    in documents  350
    feedback options for  372
    Knowledge Track options for  373
    LToolboxClass script  380
    modifying in a quiz  353
    question text, adding  354
    registering graphic distractors  370
    removing from Timeline  358
    system requirements for  349
Left Channel option, for sound  187
levels
    absolute path  20
    in Flash Player  18
    naming in target path  21
libraries
    assets, resolving conflicts between  64
    common  18
    components in  14
    creating permanent  18
    included in Flash  18
    opening from other Flash files  15
    resolving conflicts between assets  64
    sounds in  186
    using shared  61
Library command  15
Library panel
    adding an item to a document  15
    columns in  15
    deleting items in  17
    editing items in  16
    finding unused items in  17
    folders, using in  16
    graphic object, converting to a symbol  15
    imported files, updating in  17
    narrow display  15
    opening  15
    options menu  15

JPMC-00158001

renaming items in  17
resizing  15
sorting items in  16
using  14
using an item in another document  15
using folders in  16
wide display  15
Library panel items
    adding to a document  15
    deleting  17
    editing  16
    finding unused  17
    renaming  17
    sorting  16
    using in another document  15
line spacing  103
Line Style dialog box  68
Line tool  80
Linear Gradient option  70
lines
    converting to fills  91
    Eraser tool, removing with  90
    modifying with the Ink Bottle tool  70
    removing with Eraser tool  90
    selecting connected  134
    selecting style  68
    selecting weight  68
    spacing  103
    straightening  89
Link option, for text  109
Linkage option
    for font symbol  106
    for sounds  189
linking text blocks  109
Load Default Colors option  74
Load External Movie Clip behavior  58
Load Graphic behavior  58
Load Order option  282
loaded documents, controlling  22
loadMovie action and levels  18
Lock command  134
Lock Fill modifier  73
loop attribute/parameter  306
Loop option
    about  57
    for sound  188
LOOP parameter publish settings  285

looping
    in accessible content  332
    of animation sequences  57
LToolboxClass script, reviewing and editing in a
        learning interaction  380

## M

MacPaint files, importing  122
Macromedia Authorware, playing a Flash SWF file in
        280
Macromedia Director, playing a Flash SWF file in  280
Macromedia Fireworks
    editing imported bitmap images with  129
    importing files from  123
Macromedia FreeHand files
    exporting  314
    importing  124
    importing with Clipboard  137
Magic Wand modifier, for Lasso tool  130
Make Child Objects Accessible option
    described  324
    movie clips and  326
Make Movie Accessible option  330
Make Object Accessible option  324, 326
margins, text  103
mask layers
    about  160
    creating  161
    linking additional layers  161
Match Contents option  10
Match Printer option  10
Max Colors option  290
MediaController component
    adding to a document  182
    Associate Display behavior  183
    described  181
MediaDisplay component
    adding to a Flash document  182
    Associate Controller  183
    Cue Points  183
    described  180
MediaPlayback component  181
menu attribute/parameter  308
MENU parameter publish settings  285
MIME types, Flash Player  310
mobile devices
    sounds  195
    templates  390
Modify Onion Markers button  160
morphing  156

JPMC-00158002

Motion Guide command  155
motion path
    creating  155
    hiding  155
    linking layers to  155
    orienting or snapping tweened elements to  155
    unlinking layers from  156
motion tweening
    about  152
    along a path  155
    Create Motion Tween command  154
    linking layers to a motion path  155
    Motion Tweening option  153
    unlinking layers from a motion path  156
movie clips
    accessibility for children  326
    accessible descriptions for  326
    child, defined  19
    controlling  22
    controlling with behaviors  57
    creating symbol instances  51
    nesting  19
    parent, defined  19
    parent-child relationship  19
    symbol instances, creating  51
    symbols  48
    Timelines in  19
Movie Explorer
    about  24
    context menu  25
    displaying symbol definition  60
    filtering displayed items in  24
    Find text box  25
    instance information  59
    instances in  60
    options menu  25
    for screens  211
    selecting items in  25
movie parameter  303
moving
    entire animation  160
    objects  136
MP3
    compression, for sound  193
    sounds, importing  186
MSAA (Microsoft Active Accessibility)  321
multilanguage text
    creating with Strings panel  221
    encoding language  216
    #include action and  229

non-Unicode external files and  230
    overview  215
    system.useCodepage property  230
    text variables  230
    XMLConnector component  228
Multiline option, for dynamic text  105
multilingual content
    sample application  383
Multiple Choice interaction
    adding and removing distractors in  367
    asset names  372
    configuring in the Component Inspector panel  367
multiple Timelines, and screens  211

N
names
    choosing for accessibility  325
navigation
    in a quiz  374
Netscape Navigator  280
New command  10
New Document dialog box  202
New Font option, in Library panel  105
New from Template command  10
New Symbol command  49
news reader sample application  383
No Kerning option  99

O
objects
    accessibility options, defining  326
    aligning  143
    bringing forward  138
    bringing to front  138
    copying  137
    copying when transforming  138
    cutting  138
    deleting  138
    distorting  141
    dragging  136
    drawing order  138
    Envelope modifier, modifying with  141
    erasing  90
    flipping  143
    grouping  135
    hiding from screen readers  327
    making accessible  324
    matching size  144
    modifying with Envelope modifier  141

JPMC-00158003

moving 136
pasting 137
resizing 142
restoring transformed 143
rotating 142
scaling 142
selecting 133
selecting with a selection marquee 134
selection highlighting 133
sending backward 138
sending to back 138
size, matching 144
skewing 143
snapping 92
stacking 138
transformed, copying 138
transformed, restoring 143
transforming freely 140
onion skin markers
changing display of 160
moving 160
Onion Skin Outlines button 160
onion skinning 159
opaque windowless mode, and accessibility 321
Open as Library command 15
Open command 10
opening a document 9
Optimize option 90
optimizing
curves 89
documents 36
GIF colors 289
PNG colors 292
Orient to Path option, for motion tweening 154
Outlines command 36
Oval tool 80
Over state (for buttons) 52
overlayChildren parameter 206
Override Sound Settings option 283

**P**

Page Setup command (Windows only) 40
Paint Bucket tool
applying fills with 71
Gap Size modifier 71
Lock Fill modifier 73
painting
closing gaps with the Paint Bucket tool 71
tools 78
panels

Accessibility. *See* Accessibility panel
Actions 59
Align 143, 144
Color Mixer 69
Color Swatches. *See* Color Swatches panel
Component Inspector. *See* Component Inspector panel
Flash Project 42
History. *See* History panel
Info. *See* Info panel
Library. *See* Library panel
Scene 23
Strings. *See* Strings panel
Transform. *See* Transform panel
parameters, for screens 206
_parent alias 21
parent screen, defined 199
parent-child relationships 19
passwords for debugging files 283
Paste command 137
Paste Frames command 159
Paste in Place command 137
pasting
history steps 33
objects 137
screens 208
path expression
for data binding 273
paths
adjusting anchor points in 85
tweening along 155
Pen tool
adjusting anchor points with 85
corner points 84
curve points 84
drawing curved paths 83
drawing straight lines 82
pointer 82
preferences 82
using 81
Pencil tool
drawing modes 80
drawing with 80
smoothing curves 94
straightening lines 94
photo scrapbook sample application 382
Photo Slideshow template 386
PICT files
exporting 315
importing 122

JPMC-00158004

pixel snapping  92
play attribute/parameter  305
play modes, graphic instances  57
Play Once option  57
PLAY parameter publish settings  285
playHidden parameter  206
playing Flash content  310
pluginspage attribute  305
PNG files
    exporting  316
    importing  122, 123
    PNG filter options  293
    publishing  291
PNG Import Settings dialog box  123
point size, choosing  101
Polygon mode, for Lasso tool  135
PolyStar tool  81
preferences
    Drawing Settings options  93
    Pen tool  82
    Show Pen Preview option  82
    Show Precise Cursors option  82
    Show Solid Points option  82
    vertical text  99
presentation templates  387
previewing with Publish Preview command  309
Print command  40
Print Margins command (Macintosh only)  40
Print Preview command (Windows only)  40
printers, supported  338
printing
    from authoring environment  39
    FLA files  39
    Flash Player context menu  347
PrintJob
    addPage method  340
    object and class  337
    orientation property  340
    pageHeight property  340
    pageWidth property  340
    paperHeight property  340
    paperWidth property  340
    send method  342
    start method  338
    using the ActionScript class  338
projectors
    creating  281
    playing with stand-alone player  310
    stand-alone movie  280

projects
    adding a file  42
    closing  44
    closing files in  44
    creating  42
    creating a folder  43
    deleting files or folders  43
    finding missing files  44
    Flash Project panel  42
    moving files or folders  43
    opening  42
    opening files  43
    Project pop-up menu  42
    publishing  44
    renaming  44
    saving files in  44
    selecting publish profiles for  43
    testing  43
    version control with  45
properties
    sound  187
    symbol instance  55
Properties command  11
Property inspector
    changing units in  137
    document properties  9
    font properties  103
    instances, for  60
    modifying document properties  11
    moving objects  137
    screens, for  204
    sound properties  187
    Stroke and Fill Color controls in  68
    tools  78
    video, changing properties  175
Protect from Import option  283
Publish command  281
Publish Preview command  309
publish profiles, for projects  43
publish settings
    file formats created  281
    generating HTML  284
    projectors  281
publishing
    about  11
    projects  44

JPMC-00158005

**Q**

quality attribute/parameter  306
Quality option, for MP3 sound compression  194
QUALITY parameter publish settings  286
question text, adding to a learning interaction  354
QuickTime
    directory path, setting to video  174
    files, exporting  316
    files, publishing  293
    images, importing  122
    linked video, importing  173
    movie  280
    movies, importing sound only  186
    video, previewing in Flash  174
Quit command  12
Quiz component  352
quizzes
    adding a learning interaction to template  356
    navigation options for  374
    parameters for  352
    preparing for web hosting  376
    templates for  350
    testing  361

**R**

Radial Gradient option  70
Raw compression, for sound  194
RDBMSResolver component  251
    common workflow  252
    parameters  251
    results for  254
    updates for  253
reading order
    in Accessibility panel  331
    in ActionScript  335
    default in Flash Player  330
Recognize Lines preference  94
Recognize Shapes preference  94
Rectangle tool
    about  80
    Round Rectangle modifier  80
Redo command  31
redoing steps with the History panel  31
registering images from frame to frame  159
registration point
    changing  54
    displaying coordinates  60
relative target path  21
Remove Frame command  159

Remove Gradients option  289, 292
removing a screen  208
renaming projects or project folders  44
Render Text as HTML option  110
Repeat command  31
repeating
    commands  33
    steps  31
replacing
    bitmaps  30
    colors  28
    fonts  28
    sound  30
    text  26
    video  30
reshaping lines and shapes  88
resizing objects  140, 142
Resolve Library Items dialog box  64
resolver component
    update packet for  250
resolver components  248
restoring transformed objects  143
Reverse command, for animation  159
Revert command  12
RGB colors, importing and exporting  75
rich media templates  384
rich text formatting, in text fields  109
Right Channel option, for sound  187
Right to Left Text Flow option  99
Rotate and Skew command  142
Rotate option, for motion tweening  153, 154
rotating
    clockwise or counterclockwise  142
    by dragging  142
    by 90°  142
    objects  142
Ruler Units menu  10
Run Command  34

**S**

salign parameter  308
SALIGN parameter publish settings  287
Sample Rate
    for ADPCM sound compression  193
    for raw sound compression  194
samples
    accessibility  382
    device font masking  382
    Extensibility API  383
    Flash Player context menu  382

JPMC-00158006

multilingual content  383
news reader  383
photo scrapbook  382
text enhancements  383
using  381
Save and Compact command  33
Save As command  12
Save As Template command  12
Save command  12
saving
    documents  11
    documents as templates  12
    files, in projects  44
    removing deleted items and  33
    Save and Compact command  33
scale attribute/parameter  307
Scale option, for motion tweening  153
SCALE parameter publish settings  287
scaling
    by dragging  142
    objects  142
Scene panel  23
scenes
    changing order of  24
    creating  23
    deleting  24
    download performance, testing  38
    duplicating  24
    pasting into  137
    renaming  24
    selecting everything on every layer of  134
    testing download performance  38
    viewing  23
Schema tab
    in Component Inspector panel  258
schemas
    adding a component property  259
    adding a schema field  259
    data type  271
    editing schema item settings  262
    editing the schema item settings  265
    encoder  267
    for web services  236
    for XML data sources  239
    formatter  269
    importing a sample schema  258
    kind  267
    kinds and encoders  263
    schema item attributes  265
    schema item settings  260

SCORM
    communication overview  376
    preparing compliant learning interactions for web
        hosting  378
    tracking quiz results  373
    tracking to a compliant LMS  375
screen
    child screens  204
Screen Outline pane
    about  200
    expanding and collapsing  200
    resizing  201
    selecting screens in  207
    showing and hiding  200
screen readers
    creating reading and tab order for  331
    default reading and tab order  330
    detecting with ActionScript  335
    hiding objects from  327
    overview  320
screens
    ActionScript and  212, 213
    ActionScript class, changing  205
    adding at the same level  202
    adding new screens  202
    adding the first screen  202
    ancestor screen, editing  208
    authoring accessibility and  214
    authoring environment  198
    Auto Snap option, for registration point grid  205
    behaviors for navigation and control  209
    child screens  199, 207
    choosing type  202
    class name  212
    Class Name, in the Property inspector  205
    components and  214
    contents, editing  207
    context menu  201
    copying or cutting  208
    default screen and instance names  203
    deleting  208
    document structure and hierarchy  199, 200
    document types  198
    Document window, viewing in  207
    document, creating new with  201
    dragging and dropping  208
    editing an ancestor screen  208
    editing contents  207
    Find and Replace  211
    first, adding  202

JPMC-00158007

Flash Form Application 200
Flash Slide Presentation 200
form application, creating 201
form screens 200
fully rendering content 208
instance name 212
instance name, viewing and changing 204
Movie Explorer and 211
moving 208
moving a child screen on the Stage 204
multiple, selecting 207
naming 203
navigation and control, behaviors for 209
nested, adding 202
nested, viewing 200
new, adding 202
parameters 206
parent screens 199
pasting 208
presentation templates 388
Property inspector, using with 204
redoing and undoing steps with 201
registration point, changing 205
registration point, grid 205
registration point, viewing 204
Screen Outline pane 200, 207
sibling screen 202
slide presentation, creating 201
slide screens 200
templates, using 202
Timeline and 211
top-level screen 199
transition behaviors 210
tree view 200
type, choosing 202
undoing and redoing steps with 201
width and height, viewing 204
workflow 198
*x* and *y* coordinates 204
scrolling text 100, 117
Seconds button, in Edit Envelope 190
Select Screen dialog box 209
Selectable option
    for dynamic text 105
    for text 104
selectable text 104

selecting
    adding to a selection 134
    connected lines 134
    deselecting 134
    everything between two keyframes 134
    everything in a scene 134
    freehand selection area, with 135
    hiding selection edges 135
    keyframes, everything between two 134
    Lasso tool, with 135
    locking groups or symbols 134
    objects 133
    scene, everything in 134
    selection marquee, with 134
    straight-edged selection area, with 135
    text and text blocks 106
selection highlighting, for objects 133
Selection tool
    reshaping with 88
    selecting objects with 134
    Smooth modifier 89
    Straighten modifier 89
Send Backward behavior 58
Send Backward command 138
Send to Back behavior 58
Send to Back command 138
shape hints, for shape tweening 157
shape tweening
    about 156
    shape hints 157
shapes
    copying 137
    erasing 90
    expanding 91
    flipping 143
    grouping 135
    modifying 91
    overlapping 79
    pasting 137
    recognizing and redrawing 94
    reshaping with the Selection tool 88
    rotating 142
    scaling 142
    selecting 133
    skewing 143
    snapping 92
Shareable Content Object Reference Model.
    *See* SCORM

JPMC-00158008

shared libraries
    adding sounds to  189
    font symbols  105
    using assets  61
shared library assets
    during authoring, overview  61
    during runtime  61, 62
    updating or replacing during authoring  63
Show Pen Preview preference  82
Show Precise Cursors preference  82
Show Shape Hints command  157
Show Solid Points preference  82
Show Warning Messages option  287
sibling screen  202
Silicon Graphics files, importing  122
Simulate Download command  39
Single Frame option  57
Single Line option, for dynamic text  105
size report  39
skewing
    objects  143
    with Transform panel  143
slide presentation
    creating new  201
    slide screens as default  198
    slide screens in  200
slide screens
    about  200
    ActionScript class for  205
    default behavior when hidden  206
    default navigation  206
    document structure and  199
    parameters  206
Smooth Curves preference  94
Smooth modifier, for Selection tool  89
smoothing curves and lines  89
Snap option, for motion tweening  154, 155
Snap to Objects command  92
Snap to Pixels command  92
snapping
    to objects  91
    to pixels  91, 92
    tolerance, setting for objects  94
Soften Fill Edges command  91
Sound Designer II files, importing  186
Sound object, using a sound with  189
Sound Properties dialog box  192

sounds
    in accessible applications  330
    ADPCM compression  193
    buttons, adding to  188
    compressing for export  192
    compression menu options  193
    controls, editing for  189
    efficiently using  195
    envelope lines  190
    envelopes, editing  190
    event and stream  185
    Event synchronization option  187
    file size, tips for reducing  195
    finding and replacing  30
    frames, adding to  187
    importing  186
    in library  186
    looping  188
    looping to reduce file size  195
    mobile devices  195
    MP3 compression  193
    options menu  187
    properties  187
    raw compression  194
    reusing to reduce file size  195
    shared libraries, adding to  189
    Sound Properties dialog box  192
    start point, setting  190
    Start synchronization option  187
    starting and stopping  189
    starting and stopping at keyframes  191
    stop point, setting  190
    Stop synchronization option  188
    stream and event  185
    stream synchronization  188
    synchronizing  187
    testing  193
    Time In control  190
    Time Out control  190
    tips for reducing file size  195
    versions, creating separate  283
    volume, controlling  189
Special instance color property  56
spell checking
    about  107
    setup  107
    using  108
src attribute  303
stacking objects  138
Stage size  10

JPMC-00158009

Stage, erasing  90
stand-alone Flash player  310
Start Dragging Movieclip behavior  58
Start option, for sound  187
static images, exporting frames as  311
static text
    changing to dynamic text for accessibility  327
    creating  97
    defined  95
    and screen reader reading order  335
still images
    about  151
    exporting  311
Stop Dragging Movieclip behavior  58
Stop option, for sound  188
straight lines, drawing with Pen tool  82
Straighten modifier, for Selection tool  89
straightening curves, lines  89
Stream option, for sound  188
stream sounds  185
Streaming Graph, in Bandwidth Profiler  39
streaming, testing performance  39
Strings panel
    adding strings  222
    automatic language detection  224
    changing Stage language  223
    default language  224
    editing text  223
    importing XML file  227
    overview  221
    publishing  224
    selecting languages  221
    translating text  226
    XML file format  225
strokes
    color, swapping with fill color  68
    converting to fills  91
    copying  73
    default color, selecting  68
    fills, converting to  91
    Ink Bottle tool, modifying with  70
    line style, selecting  68
    Property inspector, selecting with  68
    Selection tool, selecting with  134
    swapping color with fill color  68
    toolbar modifiers  67
    transparent, applying  68
    weight, selecting  68

strokes, selecting
    default color  68
    line style  68
    with Property inspector  68
    with Selection tool  134
    weight  68
Subselection tool
    adjusting line segments  85
    showing anchor points  88
substitute fonts
    deleting  112
    specifying  111
    turning off alert  112
    viewing  112
Sun AU files, importing  186
Swap Symbol dialog box  56
SWF files
    frame load order  282
    importing  122
    JPEG compression  283
    looping  285
    playing  285
    preventing import  283
    printing frames  347
    shortcut menu  285
    substituting system fonts  285
swliveconnect attribute  305
symbol-editing mode  48, 49, 50, 53, 55
symbols
    button  48
    buttons, creating  51
    converting a graphic object  15
    creating  48
    defined  47
    duplicating  50
    editing  53
    editing in new window  54
    editing in place  54
    empty, creating  49
    font  105
    graphic  48
    graphic object, converting  15
    instance properties  55
    instances, creating  51
    instances, unlinking from  59
    locking  134
    movie clip  48
    swapping  56
    symbol-editing mode  55
    tweening colors  152

JPMC-00158010

types 48
    unlinking from instance 59
    viewing definition 60
Sync option, for sound 187
Synchronize option, for motion tweening 154
synchronizing sounds 187
System 7 sounds, importing 186
system.useCodepage property 230

**T**
tab order
    in Accessibility panel 331
    in ActionScript 335
    default for accessibility 330
    overview 330
    viewing 332
tabs, for multiple documents 11
tangent handles, adjusting 86
Target objects, adding and removing 362
target paths
    about 20
    absolute 20
    expression 23
    level names 21
    relative 21
    specifying 22
targetPath function 23
templates
    creating 297
    creating document from 10
    form applications 390
    mobile device 390
    photo slideshow 386
    presentation 387
    publishing 297
    rich media 384
    sample 301
    screen presentation 388
    for screens 202
    shorthand variables 300
    using 384
    variables 298
    video 385
Test button, in Sound Properties dialog box 193
Test Movie command 38, 53
Test Scene command 38, 53

testing
    accessible content 336
    Generate Size Report option 39
    projects 43
    sounds 193
text
    aliasing 101
    alignment 103
    anti-aliasing 36
    breaking apart 109, 144, 332
    character options 102
    Clipboard, importing with 137
    color, choosing 101
    creating 97
    device fonts 96
    device fonts, selecting 104
    dynamic text options 104
    dynamically formatting 115
    editing 106
    embedded fonts 96
    fields 95
    fill color 102
    finding and replacing 26
    fixed width or height 100
    flow, horizontal or vertical 99
    font and paragraph attributes 100
    font substitution 111
    font symbols, creating 105
    font, selecting 102
    horizontal or vertical flow 99
    importing with Clipboard 137
    linking to a URL 109
    making selectable by users 104
    margins 103
    masking 97
    multilanguage 215
    optimizing 37
    point size, choosing 101
    properties, choosing 101
    replacing 26
    report, in HTML file 300
    resizing a text block 100
    scrolling 100, 117
    selectable by users, making 104
    selecting 106
    selecting a font 102
    selecting device fonts 104
    spell checking 107
    style, choosing 101
    text fields 95

JPMC-00158011

transforming  108
translating in Strings panel  226
Unicode in Flash Player  216
URL, linking to  109
widening text block  100
text blocks
   appearance  98
   resizing  100
   selecting  106,  134
   widening  100
text enhancements
   sample application  383
text fields
   creating and removing dynamically  113
   naming for accessibility  326
   rich text formatting in  109
   setting properties dynamically  114
   triggering scripts with events  117
text fonts
   choosing  101
   device  96
   embedded  96
   outlines  96
   properties  102,  103
   selecting  102
   selecting device  104
   substituting missing  111
   symbols, creating  105
text report, in HTML file  300
Text tool  97
text variables
   using in multilanguage text  230
TGA files, importing  122
TIFF files, importing  122
Time In control, for sounds  190
Time Out control, for sounds  190
Timeline
   absolute target path  20
   alias, parent  21
   animation frames in  150
   copying and pasting frames  159
   dragging frames  159
   editing  158,  160
   frames, deleting  159
   frames, inserting  158
   frames, onion skinning  159
   keyframes, converting into frames  159
   keyframes, creating in  150
   keyframes, deleting  159
   in movie clips  19

multiple Timelines  18
onion skinning frames  159
parent alias  21
for screens  211
target paths  20
target paths, absolute  20
target paths, relative  21
Timeline effects
   adding  146
   deleting  149
   description and settings  147
   editing  148
   types of objects  145
Timeline frames
   copying and pasting  159
   deleting  159
   dragging  159
Tint effect  56
Tint instance property  56
tolerance, for snapping to objects  94
toolbar, Stroke Color and Fill Color controls in  67
tools
   Brush  86
   Eraser  90
   Eyedropper  73
   Fill Transform  71
   Free Transform  140
   Ink Bottle  70
   Lasso  135
   Line  80
   Oval  80
   Paint Bucket  71
   Pen  81
   Pencil  80
   PolyStar  81
   Rectangle  80
   Selection  134
   Subselection  85
   Text  97
Trace Bitmap command  131
tracking quiz results  373
tracking text  102
tracks, QuickTime  293
Transform panel
   copying objects with  138
   skewing objects with  143
   undoing transformations with  143
transformation point  139

JPMC-00158012

transformations
    combining  140
    pointers  140
transforming
    objects  138
    text  108
transitions
    motion tweening  152
    for screens  210
transparency
    adjusting separate color values  56
    alpha  56
    exporting  291
    partial  289
    preserving in imported bitmap images  120
    tweening  55
transparent windowless mode, and accessibility  321
True or False interaction
    asset names  372
    configuring in the Component Inspector panel  368
tweened frames, dragging keyframes in  159
tweening
    about  149
    along a path  155
    motion  149, 152
    motion paths for  155
    shape  149, 156
    symbol colors  152

**U**
Undo button, in Transform panel  143
Undo command  31
undoing steps
    with the History panel  31
    and redoing  31
    and redoing, with screens  201
undoing transformations  143
Ungroup command  136
Unicode  216
    Flash Player support  216
    font selection  217
Unload Flash Movie behavior  58
Up state (for buttons)  52
Update button, in Sound Properties dialog box  192
update packets
    for resolver components  250
updating Flash SWF files for Dreamweaver UltraDev  318
updating sounds  192
URLs, listing in HTML file  300

UTF-16 BE and UTF-16 LE  216
UTF-8  216

**V**
Variable option for dynamic text  105
variables, HTML template  298
vector graphics
    compared to bitmaps  77
    creating from imported bitmap images  131
    importing with Clipboard  137
version control
    defining site for  45
    editing sites  45
    opening a file  45
    troubleshooting remote folder setup  46
vertical text
    creating  97
    flow  99
    preferences  99
video
    bandwidth options  170
    behaviors, adding and controlling  177
    behaviors, controlling video  176
    brightness  172
    components  180
    compression, custom profile  170
    compression, profile  169
    contrast  172
    editing video clips  169
    file formats for import  164
    finding and replacing  30
    FLV files, exporting from editing application  178
    FLV files, importing  173
    FLV files, playing external  174
    frame ratio  171
    gamma  172
    keyframe interval  170
    linked QuickTime  173
    playback, controlling  177
    properties of, changing  175
    Quick Compress  170
    saturation  172
    Sorenson Spark codec  165
    synchronizing frame rate  170
    templates  385
    tips for creating  166
    updating embedded video  168
    video quality settings  170

JPMC-00158013

video editing
    Audio Track options  172
    combining clips  169
    dimensions  172
    Import Into options  172
    in and out points  169
Video Import wizard
    advanced settings  167
    compression profiles  167
    editing video clips  167
    importing embedded video  167, 168
View menu, changing document display with  36
visible parameter, for form screen  206

**W**

Wacom pressure-sensitive tablet  86, 87
warping objects  141
WAV sounds
    exporting  317
    importing  186
Web 216 color palette  290
Web hosting, preparing learning interactions for  376
web servers, configuring for Flash Player  310
web services
    and applications  236
    schemas for  236
Web Snap Adaptive color palette  290
web-safe color palette  74
WebServiceConnector component  234
    common workflow  235
    lazy decoding  237
    parameters  235
weight, for lines  68
width attribute  285, 304
window, opening new  11
Windows Metafile files
    exporting  317
    importing  122
wmode attribute/parameter  309
WSDL file  234

**X**

XLIFF  225
XML data sources
    schemas for  239
XML files
    format in Strings panel  225
    importing to Strings panel  227
    loading with ActionScript  228
XMLConnector component  237
    common workflow  238
    multilanguage text  228
    parameters  238
XUpdate packet  250
XUpdateResolver component  248
    common workflow  249
    parameter  248
    receiving results for  250
    updating  250

**Z**

zoom buttons, in Edit Envelope  190

JPMC-00158014