# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A. <br><br> Defendant. | Civil Action No. 4:23-cv-01137-ALM <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF YURY KALISH IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS

I, Yury Kalish, hereby declare as follows:

1. I am an attorney with Jones Day, in the Washington, D.C. office, and am counsel for Defendant JPMorgan Chase Bank, N.A. ("JPMC") in the above-captioned action. I submit this declaration in support of JPMC's Motion For Leave To File First Amended Answer And Counterclaims. I have personal knowledge of the facts set forth herein unless otherwise indicated.

2. Attached as **Exhibit 1** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Macromedia Flash MX 2004 Using Flash publication with emphasis added in yellow highlighting.

3. Attached as **SEALED Exhibit 2** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the document produced by Plaintiffs in this matter bearing Bates numbers WAPP0010356-WAPP0010364.

4. Attached as **Exhibit 3** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit A-4c to JPMC's invalidity contentions with emphasis added in yellow highlighting.

5. Attached as **Exhibit 4** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit B-4c to JPMC's invalidity contentions with emphasis added in yellow highlighting.

6. Attached as **Exhibit 5** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit C-4c to JPMC's invalidity contentions with emphasis added in yellow highlighting.

7. Attached as **Exhibit 6** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit D-4c to JPMC's invalidity contentions with emphasis added in yellow highlighting.

8. Attached as **Exhibit 7** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit E-4c to JPMC's invalidity contentions with emphasis added in yellow highlighting.

9. Attached as **Exhibit 8** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit A to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

10. Attached as **Exhibit 9** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit B to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

11. Attached as **Exhibit 10** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit C to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

12. Attached as **Exhibit 11** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit D to Plaintiffs' infringement contentions with emphasis added in

yellow highlighting.

13. Attached as **Exhibit 12** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit E to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

14. Attached as **Exhibit 13** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit F to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

15. Attached as **Exhibit 14** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit G to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

16. Attached as **Exhibit 15** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit H to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

17. Attached as **Exhibit 16** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit I to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

18. Attached as **Exhibit 17** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of Exhibit J to Plaintiffs' infringement contentions with emphasis added in yellow highlighting.

19. Attached as **Exhibit 18** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of a Flash 2004 Press Release with emphasis added in yellow highlighting.

20. Attached as **Exhibit 19** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of a Flash 2004 Professional Press Release with emphasis added in yellow

highlighting.

21. Attached as **Exhibit 20** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Macromedia Flash webpage from the Wayback Machine dated September 20, 2003 with emphasis added in yellow highlighting.

22. Attached as **Exhibit 21** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the file history of U.S. Provisional Patent Application No. 60/689,101 with emphasis added in yellow highlighting.

23. Attached as **Exhibit 22** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of an Information Disclosure Statement ("IDS") from the file history of U.S. Patent No. 7,813,910 with emphasis added in yellow highlighting.

24. Attached as **Exhibit 23** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of an IDS and an amendment from the file history of U.S. Patent No. 8,924,192 with emphasis added in yellow highlighting.

25. Attached as **Exhibit 24** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of an IDS from the file history of U.S. Patent No. 9,971,678 with emphasis added in yellow highlighting.

26. Attached as **Exhibit 25** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of an IDS from the file history of U.S. Patent No. 10,353,811 with emphasis added in yellow highlighting.

27. Attached as **Exhibit 26** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of an IDS from the file history of U.S. Patent No. 10,691,579 with emphasis added in yellow highlighting.

28. Attached as **Exhibit 27** to JPMC's First Amended Answer and Counterclaims is a

true and correct copy of Flash Lite User Guide.

29. Attached as **Exhibit 28** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Flash 8 Developing Flash Lite Application publication with emphasis added in yellow highlighting.

30. Attached as **Exhibit 29** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Flash MX Professional 2004 Flash Lite Authoring Guidelines publication.

31. Attached as **Exhibit 30** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the FlashCast Add-in for Flash MX Professional 2004 publication.

32. Attached as **Exhibit 31** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Macromedia FlashCast FAQ publication.

33. Attached as **Exhibit 32** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Unable To Use A Handset Emulator To Test Flash Lite Content publication.

34. Attached as **Exhibit 33** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Creating Flash Lite Application publication.

35. Attached as **Exhibit 34** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the MAX Sneak Peeks publication.

36. Attached as **Exhibit 35** to JPMC's First Amended Answer and Counterclaims is a true and correct copy of the Nokia 9200 Communicator Series Resource Center Download webpage from the Wayback Machine dated September 3, 2002.

37. Attached as **Exhibit 36** is a true and correct copy of the ECF crash report that issued several hours after JPMC's attempted filing of exhibits with JPMC's motion on August 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding. Executed this 28th day of August, 2024, in Washington, D.C.

*/s/ Yury Kalish*
Yury Kalish