IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LTD PARTNERSHIP, et al | § § § |
| v. | §   CASE NO. 4:23-cv-01137-ALM § § |
| JP MORGAN CHASE BANK, N.A. | § § |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Monday, December 16, 2024, between Plaintiffs and Defendant. After continued settlement discussions, a mediator's proposal was submitted to the parties and accepted.

Signed this Friday, December 20, 2024.

/s/ David Folsom
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone:  (903) 277-7303
Email:  david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on December 22, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom