IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Civil Action No. 4:23-cv-01137-ALM <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned case, including all claims, counterclaims and defenses, is dismissed with prejudice, with each party bearing its own costs and attorneys' fees. The parties request the Court enter the attached order.

1

DATED: March 7, 2025

Respectfully submitted,

/s/*Leslie V. Payne*
  Leslie V. Payne
  State Bar No. 0784736
  lpayne@hpcllp.com
  R. Allan Bullwinkel
  State Bar No. 24064327
  abullwinkel@hpcllp.com
  Alden G. Harris
  State Bar No. 24083138
  aharris@hpcllp.com
  Christopher L. Limbacher
  State Bar No. 24102097
  climbacher@hpcllp.com
  Carlos I. Ruiz
  State Bar No. 24110614
  cruiz@hpcllp.com
  HEIM PAYNE & CHORUSH, LLP
  609 Main Street, Suite 3200
  Houston, Texas 77002
  Telephone: (713) 221-2000
  Facsimile: (713) 221-2021

  J. Michael Young
  WYNNE, SMITH & YOUNG, PLLC
  Texas State Bar No. 00786465
  707 W. Washington
  Sherman, Texas 75092
  (903) 893-8177
  (903) 892-0916 (fax)
  E-mail: myoung@wynnesmithlaw.com

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

/s/*Rita J. Yoon*
Rita J. Yoon
(Illinois Bar. No. 6298019)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ryoon@jonesday.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Blaney Harper
(D.C. Bar No. 4559669)
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
bharper@jonesday.com

I. Sasha Mayergoyz
(Illinois Bar No. 6271800)
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
smayergoyz@jonesday.com

> Yury Kalish (*pro hac vice*)
> (Virginia Bar No. 87680)
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001
> Telephone: (202) 879-3939
> Facsimile: (202) 626-1700
> ykalish@jonesday.com
>
> **ATTORNEYS FOR DEFENDANT
> JPMORGAN CHASE BANK, N.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Leslie V. Payne*
Leslie V. Payne

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel of record have complied with L.R. CV-7(h). This Stipulation is being filed jointly by all parties and is unopposed.

*/s/ Leslie V. Payne*
Leslie V. Payne
