# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Civil Action No. 4:23-cv-01137-ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Having received and reviewed the Parties' Stipulation of Dismissal with Prejudice, the Court **ORDERS** that all claims, counterclaims and defenses in this action are dismissed **WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. All relief not previously granted is hereby denied.